AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Western District of Texas

| | |
|---|---|
| JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C., deceased minor; et al. (See Attachment A) | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| JUAN MALDONADO, an individual, et al. (See Attachment A) | ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 2:24-cv-00045-AM-MHW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Adrian Gonzales
474 Spinnaker Loop
Kyle, Texas 78640-2594
or
317 Studer Circle
Uvalde, Texas 78801-4041 or wherever he may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Erin J. Rogiers
Guerra LLP
875 East Ashby Place, Suite 1200
San Antonio, Texas 78212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date:  5/28/24

*Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C., *deceased minor*; SANTA GLORIA CAZARES, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.J.C., *deceased minor*; KIMBERLY GARCIA, Individually as Wrongful Death Beneficiary of A.J.G., *deceased minor*; RACHEL GARZA, Esq., as Representative of the Estate of A.J.G., *deceased minor*; MIGUEL CERRILLO, Individually and as Next Friend of M.I.C., *minor*; ABIGALE VELOZ, Individually and as Next Friend of M.I.C., *minor*;  ANA RODRIGUEZ, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.Y.R., *deceased minor*; JERRY MATA, Individually as Wrongful Death Beneficiary of T.M.M., *deceased minor*; VERONICA MATA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of T.M.M., *deceased minor*; JESSIE RODRIGUEZ, Individually as Wrongful Death Beneficiary of A.G.R., *deceased minor*; DEANNA GORNTO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of  M.G.M., *deceased minor*; MARIA MAGDALENE GARCIA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of N.A.B., *deceased minor*; JUAN JULIAN BRAVO, Individually as Wrongful Death Beneficiary of N.A.B., *deceased minor*; VERONICA LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.N.S., *deceased minor*; JACOB SILGUERO, Individually as Wrongful Death Beneficiary of J.N.S., *deceased minor*; APRIL ELROD, Individually as Wrongful Death Beneficiary of and as Representative of the Estate of M.L.E., *deceased minor*; KIMBERLY RUBIO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of A.A.R., *deceased minor*; FELIX RUBIO, Individually as Wrongful Death Beneficiary of A.A.R., *deceased minor*; JOSE LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.C.L., *deceased minor*; CHRISTINA LUEVANOS, Individually as Wrongful Death Beneficiary of J.C.L., *deceased minor*; JENNIFER LUGO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of E.A.G., *deceased minor*; STEVEN GARCIA, Individually as Wrongful Death Beneficiary of E.A.G., *deceased minor*; ALYSSA RODRIGUEZ, Individually as Wrongful Death Beneficiary for J.M.F., JR., *deceased minor*; EVADULIA ORTA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of R.F.T., *deceased minor*; MANDY MARIE RENFRO, Individually as Wrongful Death Beneficiary of U.S.G., *deceased minor;* DAVID BALMER, Esq., as Representative of the Estate of U.S.G., *deceased minor*; ELI TORRES, Individually as Wrongful Death Beneficiary of E.T., *deceased minor*; JOSE MARTINEZ, Individually and as Next Friend of A.J.M., *minor*; KASSANDRA CHAVEZ, Individually and as Next Friend of A.J.M., *minor*; VINCENT SALAZAR, III, Individually as Wrongful Death Beneficiary and as Representative of the Estate of L.M.S., *deceased minor*;

**MELINDA ALEJANDRO, Individually as Wrongful Death Beneficiary of L.M.S.,** *deceased minor.*

      ***Plaintiffs***

**v.**

**JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; CHRISTOPHER KINDELL, an individual; JOEL BETANCOURT, an individual; VICTOR ESCALON, an individual; TEXAS DEPARTMENT OF PUBLIC SAFETY DOES 1 through 85; MANDY GUTIERREZ, an individual; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; JESUS "JJ" SUAREZ, an individual; SCHNEIDER ELECTRIC USA, INC.; and MOTOROLA SOLUTIONS, INC.**

      ***Defendants***

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00045-AM-MHW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                                    *Server's signature*

                                                          _____
                                                                    *Printed name and title*

                                                          _____
                                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

JAVIER CAZARES, Individually as Wrongful Death
Beneficiary of J.J.C., deceased minor; et al.
(See Attachment A)

*Plaintiff(s)*

v.

JUAN MALDONADO, an individual, et al. (See
Attachment A)

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  2:24-cv-00045-AM-MHW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Christopher Kindell
1 El Norte Circle
Uvalde, Texas 78801-4020 or wherever he may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Erin J. Rogiers
Guerra LLP
875 East Ashby Place, Suite 1200
San Antonio, Texas 78212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

CLERK OF COURT , PHILIP J. DEVLIN

Date:  5/28/24



_____
*Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

**JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C., *deceased minor*; SANTA GLORIA CAZARES, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.J.C., *deceased minor*; KIMBERLY GARCIA, Individually as Wrongful Death Beneficiary of A.J.G., *deceased minor*; RACHEL GARZA, Esq., as Representative of the Estate of A.J.G., *deceased minor*; MIGUEL CERRILLO, Individually and as Next Friend of M.I.C., *minor*; ABIGALE VELOZ, Individually and as Next Friend of M.I.C., *minor*;  ANA RODRIGUEZ, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.Y.R., *deceased minor*; JERRY MATA, Individually as Wrongful Death Beneficiary of T.M.M., *deceased minor*; VERONICA MATA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of T.M.M., *deceased minor*; JESSIE RODRIGUEZ, Individually as Wrongful Death Beneficiary of A.G.R., *deceased minor*; DEANNA GORNTO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of  M.G.M., *deceased minor*; MARIA MAGDALENE GARCIA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of N.A.B., *deceased minor*; JUAN JULIAN BRAVO, Individually as Wrongful Death Beneficiary of N.A.B., *deceased minor*; VERONICA LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.N.S., *deceased minor*; JACOB SILGUERO, Individually as Wrongful Death Beneficiary of J.N.S., *deceased minor*; APRIL ELROD, Individually as Wrongful Death Beneficiary of and as Representative of the Estate of M.L.E., *deceased minor*; KIMBERLY RUBIO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of A.A.R., *deceased minor*; FELIX RUBIO, Individually as Wrongful Death Beneficiary of A.A.R., *deceased minor*; JOSE LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.C.L., *deceased minor*; CHRISTINA LUEVANOS, Individually as Wrongful Death Beneficiary of J.C.L., *deceased minor*; JENNIFER LUGO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of E.A.G., *deceased minor*; STEVEN GARCIA, Individually as Wrongful Death Beneficiary of E.A.G., *deceased minor*; ALYSSA RODRIGUEZ, Individually as Wrongful Death Beneficiary for J.M.F., JR., *deceased minor*; EVADULIA ORTA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of R.F.T., *deceased minor*; MANDY MARIE RENFRO, Individually as Wrongful Death Beneficiary of U.S.G., *deceased minor;* DAVID BALMER, Esq., as Representative of the Estate of U.S.G., *deceased minor*; ELI TORRES, Individually as Wrongful Death Beneficiary of E.T., *deceased minor*; JOSE MARTINEZ, Individually and as Next Friend of A.J.M., *minor*; KASSANDRA CHAVEZ, Individually and as Next Friend of A.J.M., *minor*; VINCENT SALAZAR, III, Individually as Wrongful Death Beneficiary and as Representative of the Estate of L.M.S., *deceased minor*;**

**MELINDA ALEJANDRO, Individually as Wrongful Death Beneficiary of L.M.S.,** *deceased minor.*

     *Plaintiffs*

**v.**

**JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; CHRISTOPHER KINDELL, an individual; JOEL BETANCOURT, an individual; VICTOR ESCALON, an individual; TEXAS DEPARTMENT OF PUBLIC SAFETY DOES 1 through 85; MANDY GUTIERREZ, an individual; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; JESUS "JJ" SUAREZ, an individual; SCHNEIDER ELECTRIC USA, INC.; and MOTOROLA SOLUTIONS, INC.**

     *Defendants*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00045-AM-MHW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .


I declare under penalty of perjury that this information is true.


Date: _____         _____
                                        *Server's signature*

                              _____
                                        *Printed name and title*

                              _____
                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C., deceased minor; et al. (See Attachment A) | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 2:24-cv-00045-AM-MHW |
| JUAN MALDONADO, an individual, et al. (See Attachment A) | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Crimson Elizondo
> 216 Minter St
> Uvalde, Texas 78801-4215 or wherever he may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Erin J. Rogiers
> Guerra LLP
> 875 East Ashby Place, Suite 1200
> San Antonio, Texas 78212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 5/28/24

*Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

**JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C.,** *deceased minor***; SANTA GLORIA CAZARES, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.J.C.,** *deceased minor***; KIMBERLY GARCIA, Individually as Wrongful Death Beneficiary of A.J.G.,** *deceased minor***; RACHEL GARZA, Esq., as Representative of the Estate of A.J.G.,** *deceased minor***; MIGUEL CERRILLO, Individually and as Next Friend of M.I.C.,** *minor***; ABIGALE VELOZ, Individually and as Next Friend of M.I.C.,** *minor***;  ANA RODRIGUEZ, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.Y.R.,** *deceased minor***; JERRY MATA, Individually as Wrongful Death Beneficiary of T.M.M.,** *deceased minor***; VERONICA MATA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of T.M.M.,** *deceased minor***; JESSIE RODRIGUEZ, Individually as Wrongful Death Beneficiary of A.G.R.,** *deceased minor***; DEANNA GORNTO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of  M.G.M.,** *deceased minor***; MARIA MAGDALENE GARCIA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of N.A.B. of** *deceased minor***; JUAN JULIAN BRAVO, Individually as Wrongful Death Beneficiary of N.A.B.,** *deceased minor***; VERONICA LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.N.S.,** *deceased minor***; JACOB SILGUERO, Individually as Wrongful Death Beneficiary of J.N.S.,** *deceased minor***; APRIL ELROD, Individually as Wrongful Death Beneficiary of and as Representative of the Estate of M.L.E.,** *deceased minor***; KIMBERLY RUBIO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of A.A.R.,** *deceased minor***; FELIX RUBIO, Individually as Wrongful Death Beneficiary of A.A.R.,** *deceased minor***; JOSE LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.C.L.,** *deceased minor***; CHRISTINA LUEVANOS, Individually as Wrongful Death Beneficiary of J.C.L.,** *deceased minor***; JENNIFER LUGO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of E.A.G.,** *deceased minor***; STEVEN GARCIA, Individually as Wrongful Death Beneficiary of E.A.G.,** *deceased minor***; ALYSSA RODRIGUEZ, Individually as Wrongful Death Beneficiary for J.M.F., JR.,** *deceased minor***; EVADULIA ORTA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of R.F.T.,** *deceased minor***; MANDY MARIE RENFRO, Individually as Wrongful Death Beneficiary of U.S.G.,** *deceased minor;* **DAVID BALMER, Esq., as Representative of the Estate of U.S.G.,** *deceased minor***; ELI TORRES, Individually as Wrongful Death Beneficiary of E.T.,** *deceased minor*; **JOSE MARTINEZ, Individually and as Next Friend of A.J.M.,** *minor***; KASSANDRA CHAVEZ, Individually and as Next Friend of A.J.M.,** *minor***; VINCENT SALAZAR, III, Individually as Wrongful Death Beneficiary and as Representative of the Estate of L.M.S.,** *deceased minor***;**

**MELINDA ALEJANDRO, Individually as Wrongful Death Beneficiary of L.M.S.,** *deceased minor.*

     ***Plaintiffs***

**v.**

**JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; CHRISTOPHER KINDELL, an individual; JOEL BETANCOURT, an individual; VICTOR ESCALON, an individual; TEXAS DEPARTMENT OF PUBLIC SAFETY DOES 1 through 85; MANDY GUTIERREZ, an individual; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; JESUS "JJ" SUAREZ, an individual; SCHNEIDER ELECTRIC USA, INC.; and MOTOROLA SOLUTIONS, INC.**

     ***Defendants***

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00045-AM-MHW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                                        *Server's signature*

                                                             _____
                                                                        *Printed name and title*


                                                             _____
                                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C., deceased minor; et al. (See Attachment A) | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 2:24-cv-00045-AM-MHW |
| JUAN MALDONADO, an individual, et al. (See Attachment A) | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jesus "JJ" Suarez
617 E. Leona Street
Uvalde, Texas 78801-4410
or
Southwest Texas Junior College
2401 Garner Field Road
Uvalde, Texas 78801 or wherever he may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Erin J. Rogiers
Guerra LLP
875 East Ashby Place, Suite 1200
San Antonio, Texas 78212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date: 5/28/24

*Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

**JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C., *deceased minor*; SANTA GLORIA CAZARES, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.J.C., *deceased minor*; KIMBERLY GARCIA, Individually as Wrongful Death Beneficiary of A.J.G., *deceased minor*; RACHEL GARZA, Esq., as Representative of the Estate of A.J.G., *deceased minor*; MIGUEL CERRILLO, Individually and as Next Friend of M.I.C., *minor*; ABIGALE VELOZ, Individually and as Next Friend of M.I.C., *minor*; ANA RODRIGUEZ, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.Y.R., *deceased minor*; JERRY MATA, Individually as Wrongful Death Beneficiary of T.M.M., *deceased minor*; VERONICA MATA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of T.M.M., *deceased minor*; JESSIE RODRIGUEZ, Individually as Wrongful Death Beneficiary of A.G.R., *deceased minor*; DEANNA GORNTO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.G.M., *deceased minor*; MARIA MAGDALENE GARCIA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of N.A.B., *deceased minor*; JUAN JULIAN BRAVO, Individually as Wrongful Death Beneficiary of N.A.B., *deceased minor*; VERONICA LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.N.S., *deceased minor*; JACOB SILGUERO, Individually as Wrongful Death Beneficiary of J.N.S., *deceased minor*; APRIL ELROD, Individually as Wrongful Death Beneficiary of and as Representative of the Estate of M.L.E., *deceased minor*; KIMBERLY RUBIO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of A.A.R., *deceased minor*; FELIX RUBIO, Individually as Wrongful Death Beneficiary of A.A.R., *deceased minor*; JOSE LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.C.L., *deceased minor*; CHRISTINA LUEVANOS, Individually as Wrongful Death Beneficiary of J.C.L., *deceased minor*; JENNIFER LUGO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of E.A.G., *deceased minor*; STEVEN GARCIA, Individually as Wrongful Death Beneficiary of E.A.G., *deceased minor*; ALYSSA RODRIGUEZ, Individually as Wrongful Death Beneficiary for J.M.F., JR., *deceased minor*; EVADULIA ORTA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of R.F.T., *deceased minor*; MANDY MARIE RENFRO, Individually as Wrongful Death Beneficiary of U.S.G., *deceased minor;* DAVID BALMER, Esq., as Representative of the Estate of U.S.G., *deceased minor*; ELI TORRES, Individually as Wrongful Death Beneficiary of E.T., *deceased minor*; JOSE MARTINEZ, Individually and as Next Friend of A.J.M., *minor*; KASSANDRA CHAVEZ, Individually and as Next Friend of A.J.M., *minor*; VINCENT SALAZAR, III, Individually as Wrongful Death Beneficiary and as Representative of the Estate of L.M.S., *deceased minor*;**

**MELINDA ALEJANDRO, Individually as Wrongful Death Beneficiary of L.M.S.,** *deceased minor.*

    ***Plaintiffs***

**v.**

**JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; CHRISTOPHER KINDELL, an individual; JOEL BETANCOURT, an individual; VICTOR ESCALON, an individual; TEXAS DEPARTMENT OF PUBLIC SAFETY DOES 1 through 85; MANDY GUTIERREZ, an individual; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; JESUS "JJ" SUAREZ, an individual; SCHNEIDER ELECTRIC USA, INC.; and MOTOROLA SOLUTIONS, INC.**

    ***Defendants***

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00045-AM-MHW

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

JAVIER CAZARES, Individually as Wrongful Death
Beneficiary of J.J.C., deceased minor; et al.
(See Attachment A)

*Plaintiff(s)*

v.

JUAN MALDONADO, an individual, et al. (See
Attachment A)

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 2:24-cv-00045-AM-MHW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Joel Betancourt
3143 Homer Drive
Laredo, Texas 78041-1936 or wherever he may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Erin J. Rogiers
Guerra LLP
875 East Ashby Place, Suite 1200
San Antonio, Texas 78212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date:  5/28/24

_____
*Signature of Clerk or Deputy Clerk*

**ATTACHMENT A**
**CAPTION**

**JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C.,** *deceased minor***; SANTA GLORIA CAZARES, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.J.C.,** *deceased minor***; KIMBERLY GARCIA, Individually as Wrongful Death Beneficiary of A.J.G.,** *deceased minor***; RACHEL GARZA, Esq., as Representative of the Estate of A.J.G.,** *deceased minor***; MIGUEL CERRILLO, Individually and as Next Friend of M.I.C.,** *minor***; ABIGALE VELOZ, Individually and as Next Friend of M.I.C.,** *minor***; ANA RODRIGUEZ, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.Y.R.,** *deceased minor***; JERRY MATA, Individually as Wrongful Death Beneficiary of T.M.M.,** *deceased minor***; VERONICA MATA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of T.M.M.,** *deceased minor***; JESSIE RODRIGUEZ, Individually as Wrongful Death Beneficiary of A.G.R.,** *deceased minor***; DEANNA GORNTO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.G.M.,** *deceased minor***; MARIA MAGDALENE GARCIA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of N.A.B.,** *deceased minor***; JUAN JULIAN BRAVO, Individually as Wrongful Death Beneficiary of N.A.B.,** *deceased minor***; VERONICA LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.N.S.,** *deceased minor***; JACOB SILGUERO, Individually as Wrongful Death Beneficiary of J.N.S.,** *deceased minor***; APRIL ELROD, Individually as Wrongful Death Beneficiary of and as Representative of the Estate of M.L.E.,** *deceased minor***; KIMBERLY RUBIO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of A.A.R.,** *deceased minor***; FELIX RUBIO, Individually as Wrongful Death Beneficiary of A.A.R.,** *deceased minor***; JOSE LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.C.L.,** *deceased minor***; CHRISTINA LUEVANOS, Individually as Wrongful Death Beneficiary of J.C.L.,** *deceased minor***; JENNIFER LUGO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of E.A.G.,** *deceased minor***; STEVEN GARCIA, Individually as Wrongful Death Beneficiary of E.A.G.,** *deceased minor***; ALYSSA RODRIGUEZ, Individually as Wrongful Death Beneficiary for J.M.F., JR.,** *deceased minor***; EVADULIA ORTA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of R.F.T.,** *deceased minor***; MANDY MARIE RENFRO, Individually as Wrongful Death Beneficiary of U.S.G.,** *deceased minor; ***DAVID BALMER, Esq., as Representative of the Estate of U.S.G.,** *deceased minor***; ELI TORRES, Individually as Wrongful Death Beneficiary of E.T.,** *deceased minor***; JOSE MARTINEZ, Individually and as Next Friend of A.J.M.,** *minor***; KASSANDRA CHAVEZ, Individually and as Next Friend of A.J.M.,** *minor***; VINCENT SALAZAR, III, Individually as Wrongful Death Beneficiary and as Representative of the Estate of L.M.S.,** *deceased minor***;**

**MELINDA ALEJANDRO, Individually as Wrongful Death Beneficiary of L.M.S.,** *deceased minor.*

     ***Plaintiffs***

**v.**

**JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; CHRISTOPHER KINDELL, an individual; JOEL BETANCOURT, an individual; VICTOR ESCALON, an individual;  TEXAS DEPARTMENT OF PUBLIC SAFETY DOES 1 through 85; MANDY GUTIERREZ, an individual;   UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; JESUS "JJ" SUAREZ, an individual; SCHNEIDER ELECTRIC USA, INC.; and MOTOROLA SOLUTIONS, INC.**

     ***Defendants***

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00045-AM-MHW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Western District of Texas

| | |
|---|---|
| JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C., deceased minor; et al. (See Attachment A) <br> *Plaintiff(s)* <br> v. <br> JUAN MALDONADO, an individual, et al. (See Attachment A) <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. **2:24-cv-00045-AM-MHW**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Juan Maldonado
> 121 W. Mill St.
> Uvalde, Texas 78801-5931 or wherever he may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Erin J. Rogiers
> Guerra LLP
> 875 East Ashby Place, Suite 1200
> San Antonio, Texas 78212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 5/28/24

_____
*Signature of Clerk or Deputy Clerk*



**ATTACHMENT A**
**CAPTION**

JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C., *deceased minor*; SANTA GLORIA CAZARES, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.J.C., *deceased minor*; KIMBERLY GARCIA, Individually as Wrongful Death Beneficiary of A.J.G., *deceased minor*; RACHEL GARZA, Esq., as Representative of the Estate of A.J.G., *deceased minor*; MIGUEL CERRILLO, Individually and as Next Friend of M.I.C., *minor*; ABIGALE VELOZ, Individually and as Next Friend of M.I.C., *minor*; ANA RODRIGUEZ, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.Y.R., *deceased minor*; JERRY MATA, Individually as Wrongful Death Beneficiary of T.M.M., *deceased minor*; VERONICA MATA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of T.M.M., *deceased minor*; JESSIE RODRIGUEZ, Individually as Wrongful Death Beneficiary of A.G.R., *deceased minor*; DEANNA GORNTO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.G.M., *deceased minor*; MARIA MAGDALENE GARCIA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of N.A.B., *deceased minor*; JUAN JULIAN BRAVO, Individually as Wrongful Death Beneficiary of N.A.B., *deceased minor*; VERONICA LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.N.S., *deceased minor*; JACOB SILGUERO, Individually as Wrongful Death Beneficiary of J.N.S., *deceased minor*; APRIL ELROD, Individually as Wrongful Death Beneficiary of and as Representative of the Estate of M.L.E., *deceased minor*; KIMBERLY RUBIO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of A.A.R., *deceased minor*; FELIX RUBIO, Individually as Wrongful Death Beneficiary of A.A.R., *deceased minor*; JOSE LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.C.L., *deceased minor*; CHRISTINA LUEVANOS, Individually as Wrongful Death Beneficiary of J.C.L., *deceased minor*; JENNIFER LUGO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of E.A.G., *deceased minor*; STEVEN GARCIA, Individually as Wrongful Death Beneficiary of E.A.G., *deceased minor*; ALYSSA RODRIGUEZ, Individually as Wrongful Death Beneficiary for J.M.F., JR., *deceased minor*; EVADULIA ORTA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of R.F.T., *deceased minor*; MANDY MARIE RENFRO, Individually as Wrongful Death Beneficiary of U.S.G., *deceased minor*; DAVID BALMER, Esq., as Representative of the Estate of U.S.G., *deceased minor*; ELI TORRES, Individually as Wrongful Death Beneficiary of E.T., *deceased minor*; JOSE MARTINEZ, Individually and as Next Friend of A.J.M., *minor*; KASSANDRA CHAVEZ, Individually and as Next Friend of A.J.M., *minor*; VINCENT SALAZAR, III, Individually as Wrongful Death Beneficiary and as Representative of the Estate of L.M.S., *deceased minor*;

**MELINDA ALEJANDRO, Individually as Wrongful Death Beneficiary of L.M.S., *deceased minor*.**

> *Plaintiffs*

v.

**JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; CHRISTOPHER KINDELL, an individual; JOEL BETANCOURT, an individual; VICTOR ESCALON, an individual; TEXAS DEPARTMENT OF PUBLIC SAFETY DOES 1 through 85; MANDY GUTIERREZ, an individual; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; JESUS "JJ" SUAREZ, an individual; SCHNEIDER ELECTRIC USA, INC.; and MOTOROLA SOLUTIONS, INC.**

> *Defendants*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00045-AM-MHW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                              *Server's signature*

                                         _____
                                              *Printed name and title*

                                         _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

<div style="border:1px solid">Western District of Texas</div>

| | |
|---|---|
| JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C., deceased minor; et al. (See Attachment A) | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No. **2:24-cv-00045-AM-MHW** |
| | ) |
| JUAN MALDONADO, an individual, et al. (See Attachment A) | ) ) ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Luke Williams
> Wherever he may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Erin J. Rogiers
> Guerra LLP
> 875 East Ashby Place, Suite 1200
> San Antonio, Texas 78212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date:  5/28/24

_____
*Signature of Clerk or Deputy Clerk*

**ATTACHMENT A**
**CAPTION**

**JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C.,** *deceased minor*; **SANTA GLORIA CAZARES, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.J.C.,** *deceased minor*; **KIMBERLY GARCIA, Individually as Wrongful Death Beneficiary of A.J.G.,** *deceased minor*; **RACHEL GARZA, Esq., as Representative of the Estate of A.J.G.,** *deceased minor*; **MIGUEL CERRILLO, Individually and as Next Friend of M.I.C.,** *minor*; **ABIGALE VELOZ, Individually and as Next Friend of M.I.C.,** *minor*; **ANA RODRIGUEZ, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.Y.R.,** *deceased minor*; **JERRY MATA, Individually as Wrongful Death Beneficiary of T.M.M.,** *deceased minor*; **VERONICA MATA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of T.M.M.,** *deceased minor*; **JESSIE RODRIGUEZ, Individually as Wrongful Death Beneficiary of A.G.R.,** *deceased minor*; **DEANNA GORNTO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.G.M.,** *deceased minor*; **MARIA MAGDALENE GARCIA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of N.A.B.,** *deceased minor*; **JUAN JULIAN BRAVO, Individually as Wrongful Death Beneficiary of N.A.B.,** *deceased minor*; **VERONICA LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.N.S.,** *deceased minor*; **JACOB SILGUERO, Individually as Wrongful Death Beneficiary of J.N.S.,** *deceased minor*; **APRIL ELROD, Individually as Wrongful Death Beneficiary of and as Representative of the Estate of M.L.E.,** *deceased minor*; **KIMBERLY RUBIO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of A.A.R.,** *deceased minor*; **FELIX RUBIO, Individually as Wrongful Death Beneficiary of A.A.R.,** *deceased minor*; **JOSE LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.C.L.,** *deceased minor*; **CHRISTINA LUEVANOS, Individually as Wrongful Death Beneficiary of J.C.L.,** *deceased minor*; **JENNIFER LUGO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of E.A.G.,** *deceased minor*; **STEVEN GARCIA, Individually as Wrongful Death Beneficiary of E.A.G.,** *deceased minor*; **ALYSSA RODRIGUEZ, Individually as Wrongful Death Beneficiary for J.M.F., JR.,** *deceased minor*; **EVADULIA ORTA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of R.F.T.,** *deceased minor*; **MANDY MARIE RENFRO, Individually as Wrongful Death Beneficiary of U.S.G.,** *deceased minor;* **DAVID BALMER, Esq., as Representative of the Estate of U.S.G.,** *deceased minor*; **ELI TORRES, Individually as Wrongful Death Beneficiary of E.T.,** *deceased minor*; **JOSE MARTINEZ, Individually and as Next Friend of A.J.M.,** *minor*; **KASSANDRA CHAVEZ, Individually and as Next Friend of A.J.M.,** *minor*; **VINCENT SALAZAR, III, Individually as Wrongful Death Beneficiary and as Representative of the Estate of L.M.S.,** *deceased minor*;

**MELINDA ALEJANDRO, Individually as Wrongful Death Beneficiary of L.M.S.,** *deceased minor.*

    *Plaintiffs*

v.

**JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; CHRISTOPHER KINDELL, an individual; JOEL BETANCOURT, an individual; VICTOR ESCALON, an individual;  TEXAS DEPARTMENT OF PUBLIC SAFETY DOES 1 through 85; MANDY GUTIERREZ, an individual;   UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; JESUS "JJ" SUAREZ, an individual; SCHNEIDER ELECTRIC USA, INC.; and MOTOROLA SOLUTIONS, INC.**

    *Defendants*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00045-AM-MHW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____              _____
                                                              *Server's signature*

                                                        _____
                                                              *Printed name and title*


                                                        _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| Western District of Texas |

| | |
|---|---|
| JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C., deceased minor; et al. (See Attachment A) ) ) ) ) ) | |
| *Plaintiff(s)* ) | |
| v. ) ) ) | Civil Action No. 2:24-cv-00045-AM-MHW |
| JUAN MALDONADO, an individual, et al. (See Attachment A) ) ) ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mandy Gutierrez
320 W. Benson Road
Uvalde, Texas 78801-3904
or
431 Evans St.
Uvalde, Texas 78801-5845 or wherever she may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Erin J. Rogiers
Guerra LLP
875 East Ashby Place, Suite 1200
San Antonio, Texas 78212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 5/28/24

_____
*Signature of Clerk or Deputy Clerk*

**ATTACHMENT A**
**CAPTION**

**JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C.,** *deceased minor***; SANTA GLORIA CAZARES, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.J.C.,** *deceased minor***; KIMBERLY GARCIA, Individually as Wrongful Death Beneficiary of A.J.G.,** *deceased minor***; RACHEL GARZA, Esq., as Representative of the Estate of A.J.G.,** *deceased minor***; MIGUEL CERRILLO, Individually and as Next Friend of M.I.C.,** *minor***; ABIGALE VELOZ, Individually and as Next Friend of M.I.C.,** *minor***; ANA RODRIGUEZ, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.Y.R.,** *deceased minor***; JERRY MATA, Individually as Wrongful Death Beneficiary of T.M.M.,** *deceased minor***; VERONICA MATA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of T.M.M.,** *deceased minor***; JESSIE RODRIGUEZ, Individually as Wrongful Death Beneficiary of A.G.R.,** *deceased minor***; DEANNA GORNTO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.G.M.,** *deceased minor***; MARIA MAGDALENE GARCIA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of N.A.B.,** *deceased minor***; JUAN JULIAN BRAVO, Individually as Wrongful Death Beneficiary of N.A.B.,** *deceased minor***; VERONICA LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.N.S.,** *deceased minor***; JACOB SILGUERO, Individually as Wrongful Death Beneficiary of J.N.S.,** *deceased minor***; APRIL ELROD, Individually as Wrongful Death Beneficiary of and as Representative of the Estate of M.L.E.,** *deceased minor***; KIMBERLY RUBIO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of A.A.R.,** *deceased minor***; FELIX RUBIO, Individually as Wrongful Death Beneficiary of A.A.R.,** *deceased minor***; JOSE LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.C.L.,** *deceased minor***; CHRISTINA LUEVANOS, Individually as Wrongful Death Beneficiary of J.C.L.,** *deceased minor***; JENNIFER LUGO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of E.A.G.,** *deceased minor***; STEVEN GARCIA, Individually as Wrongful Death Beneficiary of E.A.G.,** *deceased minor***; ALYSSA RODRIGUEZ, Individually as Wrongful Death Beneficiary for J.M.F., JR.,** *deceased minor***; EVADULIA ORTA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of R.F.T.,** *deceased minor***; MANDY MARIE RENFRO, Individually as Wrongful Death Beneficiary of U.S.G.,** *deceased minor;* **DAVID BALMER, Esq., as Representative of the Estate of U.S.G.,** *deceased minor***; ELI TORRES, Individually as Wrongful Death Beneficiary of E.T.,** *deceased minor;* **JOSE MARTINEZ, Individually and as Next Friend of A.J.M.,** *minor***; KASSANDRA CHAVEZ, Individually and as Next Friend of A.J.M.,** *minor***; VINCENT SALAZAR, III, Individually as Wrongful Death Beneficiary and as Representative of the Estate of L.M.S.,** *deceased minor;*

**MELINDA ALEJANDRO, Individually as Wrongful Death Beneficiary of L.M.S.,** *deceased minor.*

    *Plaintiffs*

**v.**

**JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; CHRISTOPHER KINDELL, an individual; JOEL BETANCOURT, an individual; VICTOR ESCALON, an individual; TEXAS DEPARTMENT OF PUBLIC SAFETY DOES 1 through 85; MANDY GUTIERREZ, an individual; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; JESUS "JJ" SUAREZ, an individual; SCHNEIDER ELECTRIC USA, INC.; and MOTOROLA SOLUTIONS, INC.**

    *Defendants*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00045-AM-MHW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                              *Server's signature*

                                               _____
                                                              *Printed name and title*

                                               _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

JAVIER CAZARES, Individually as Wrongful Death
Beneficiary of J.J.C., deceased minor; et al.
(See Attachment A)

*Plaintiff(s)*

v.

Civil Action No. 2:24-cv-00045-AM-MHW

JUAN MALDONADO, an individual, et al. (See
Attachment A)

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Motorola Solutions, Inc.
by and through its Registered Agent
CT Corporation System
208 SO Lasalle Street, Suite 814
Chicago, Illinois 60604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Erin J. Rogiers
Guerra LLP
875 East Ashby Place, Suite 1200
San Antonio, Texas 78212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 5/28/24

*Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

**JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C., *deceased minor*; SANTA GLORIA CAZARES, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.J.C., *deceased minor*; KIMBERLY GARCIA, Individually as Wrongful Death Beneficiary of A.J.G., *deceased minor*; RACHEL GARZA, Esq., as Representative of the Estate of A.J.G., *deceased minor*; MIGUEL CERRILLO, Individually and as Next Friend of M.I.C., *minor*; ABIGALE VELOZ, Individually and as Next Friend of M.I.C., *minor*; ANA RODRIGUEZ, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.Y.R., *deceased minor*; JERRY MATA, Individually as Wrongful Death Beneficiary of T.M.M., *deceased minor*; VERONICA MATA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of T.M.M., *deceased minor*; JESSIE RODRIGUEZ, Individually as Wrongful Death Beneficiary of A.G.R., *deceased minor*; DEANNA GORNTO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.G.M., *deceased minor*; MARIA MAGDALENE GARCIA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of N.A.B., *deceased minor*; JUAN JULIAN BRAVO, Individually as Wrongful Death Beneficiary of N.A.B., *deceased minor*; VERONICA LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.N.S., *deceased minor*; JACOB SILGUERO, Individually as Wrongful Death Beneficiary of J.N.S., *deceased minor*; APRIL ELROD, Individually as Wrongful Death Beneficiary of and as Representative of the Estate of M.L.E., *deceased minor*; KIMBERLY RUBIO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of A.A.R., *deceased minor*; FELIX RUBIO, Individually as Wrongful Death Beneficiary of A.A.R., *deceased minor*; JOSE LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.C.L., *deceased minor*; CHRISTINA LUEVANOS, Individually as Wrongful Death Beneficiary of J.C.L., *deceased minor*; JENNIFER LUGO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of E.A.G., *deceased minor*; STEVEN GARCIA, Individually as Wrongful Death Beneficiary of E.A.G., *deceased minor*; ALYSSA RODRIGUEZ, Individually as Wrongful Death Beneficiary for J.M.F., JR., *deceased minor*; EVADULIA ORTA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of R.F.T., *deceased minor*; MANDY MARIE RENFRO, Individually as Wrongful Death Beneficiary of U.S.G., *deceased minor;* DAVID BALMER, Esq., as Representative of the Estate of U.S.G., *deceased minor*; ELI TORRES, Individually as Wrongful Death Beneficiary of E.T., *deceased minor*; JOSE MARTINEZ, Individually and as Next Friend of A.J.M., *minor*; KASSANDRA CHAVEZ, Individually and as Next Friend of A.J.M., *minor*; VINCENT SALAZAR, III, Individually as Wrongful Death Beneficiary and as Representative of the Estate of L.M.S., *deceased minor*;**

**MELINDA ALEJANDRO, Individually as Wrongful Death Beneficiary of L.M.S.,** *deceased minor.*

      *Plaintiffs*

**v.**

**JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; CHRISTOPHER KINDELL, an individual; JOEL BETANCOURT, an individual; VICTOR ESCALON, an individual; TEXAS DEPARTMENT OF PUBLIC SAFETY DOES 1 through 85; MANDY GUTIERREZ, an individual; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; JESUS "JJ" SUAREZ, an individual; SCHNEIDER ELECTRIC USA, INC.; and MOTOROLA SOLUTIONS, INC.**

      *Defendants*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00045-AM-MHW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Western District of Texas

| | |
|---|---|
| JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C., deceased minor; et al. (See Attachment A) <br><br> *Plaintiff(s)* <br><br> v. <br><br> JUAN MALDONADO, an individual, et al. (See Attachment A) <br><br> *Defendant(s)* | Civil Action No. 2:24-cv-00045-AM-MHW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Pedro "Pete" Arredondo
        101 Larkspur Dr.
        Uvalde, Texas 78801-6303 or wherever he may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Erin J. Rogiers
        Guerra LLP
        875 East Ashby Place, Suite 1200
        San Antonio, Texas 78212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 5/28/24



_____
*Signature of Clerk or Deputy Clerk*

**ATTACHMENT A**
**CAPTION**

**JAVIER CAZARES**, Individually as Wrongful Death Beneficiary of J.J.C., *deceased minor*; **SANTA GLORIA CAZARES**, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.J.C., *deceased minor*; **KIMBERLY GARCIA**, Individually as Wrongful Death Beneficiary of A.J.G., *deceased minor*; **RACHEL GARZA, Esq.**, as Representative of the Estate of A.J.G., *deceased minor*; **MIGUEL CERRILLO**, Individually and as Next Friend of M.I.C., *minor*; **ABIGALE VELOZ**, Individually and as Next Friend of M.I.C., *minor*; **ANA RODRIGUEZ**, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.Y.R., *deceased minor*; **JERRY MATA**, Individually as Wrongful Death Beneficiary of T.M.M., *deceased minor*; **VERONICA MATA**, Individually as Wrongful Death Beneficiary and as Representative of the Estate of T.M.M., *deceased minor*; **JESSIE RODRIGUEZ**, Individually as Wrongful Death Beneficiary of A.G.R., *deceased minor*; **DEANNA GORNTO**, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.G.M., *deceased minor*; **MARIA MAGDALENE GARCIA**, Individually as Wrongful Death Beneficiary and as Representative of the Estate of N.A.B., *deceased minor*; **JUAN JULIAN BRAVO**, Individually as Wrongful Death Beneficiary of N.A.B., *deceased minor*; **VERONICA LUEVANOS**, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.N.S., *deceased minor*; **JACOB SILGUERO**, Individually as Wrongful Death Beneficiary of J.N.S., *deceased minor*; **APRIL ELROD**, Individually as Wrongful Death Beneficiary of and as Representative of the Estate of M.L.E., *deceased minor*; **KIMBERLY RUBIO**, Individually as Wrongful Death Beneficiary and as Representative of the Estate of A.A.R., *deceased minor*; **FELIX RUBIO**, Individually as Wrongful Death Beneficiary of A.A.R., *deceased minor*; **JOSE LUEVANOS**, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.C.L., *deceased minor*; **CHRISTINA LUEVANOS**, Individually as Wrongful Death Beneficiary of J.C.L., *deceased minor*; **JENNIFER LUGO**, Individually as Wrongful Death Beneficiary and as Representative of the Estate of E.A.G., *deceased minor*; **STEVEN GARCIA**, Individually as Wrongful Death Beneficiary of E.A.G., *deceased minor*; **ALYSSA RODRIGUEZ**, Individually as Wrongful Death Beneficiary for J.M.F., JR., *deceased minor*; **EVADULIA ORTA**, Individually as Wrongful Death Beneficiary and as Representative of the Estate of R.F.T., *deceased minor*; **MANDY MARIE RENFRO**, Individually as Wrongful Death Beneficiary of U.S.G., *deceased minor;* **DAVID BALMER, Esq.**, as Representative of the Estate of U.S.G., *deceased minor*; **ELI TORRES**, Individually as Wrongful Death Beneficiary of E.T., *deceased minor*; **JOSE MARTINEZ**, Individually and as Next Friend of A.J.M., *minor*; **KASSANDRA CHAVEZ**, Individually and as Next Friend of A.J.M., *minor*; **VINCENT SALAZAR, III**, Individually as Wrongful Death Beneficiary and as Representative of the Estate of L.M.S., *deceased minor;*

**MELINDA ALEJANDRO, Individually as Wrongful Death Beneficiary of L.M.S.,** *deceased minor.*

      *Plaintiffs*

v.

**JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; CHRISTOPHER KINDELL, an individual; JOEL BETANCOURT, an individual; VICTOR ESCALON, an individual;  TEXAS DEPARTMENT OF PUBLIC SAFETY DOES 1 through 85; MANDY GUTIERREZ, an individual;   UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; JESUS "JJ" SUAREZ, an individual; SCHNEIDER ELECTRIC USA, INC.; and MOTOROLA SOLUTIONS, INC.**

      *Defendants*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00045-AM-MHW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                            *Server's signature*

                                   _____
                                            *Printed name and title*

                                   _____
                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C., deceased minor; et al. (See Attachment A) *Plaintiff(s)* v. JUAN MALDONADO, an individual, et al. (See Attachment A) *Defendant(s)* | Civil Action No. 2:24-cv-00045-AM-MHW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Richard Bogdanski
129 Shady Terrace Ln
Rockport, Texas 78382-7977 or wherever he may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Erin J. Rogiers
Guerra LLP
875 East Ashby Place, Suite 1200
San Antonio, Texas 78212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 5/28/24

*Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C., *deceased minor*; SANTA GLORIA CAZARES, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.J.C., *deceased minor*; KIMBERLY GARCIA, Individually as Wrongful Death Beneficiary of A.J.G., *deceased minor*; RACHEL GARZA, Esq., as Representative of the Estate of A.J.G., *deceased minor*; MIGUEL CERRILLO, Individually and as Next Friend of M.I.C., *minor*; ABIGALE VELOZ, Individually and as Next Friend of M.I.C., *minor*; ANA RODRIGUEZ, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.Y.R., *deceased minor*; JERRY MATA, Individually as Wrongful Death Beneficiary of T.M.M., *deceased minor*; VERONICA MATA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of T.M.M., *deceased minor*; JESSIE RODRIGUEZ, Individually as Wrongful Death Beneficiary of A.G.R., *deceased minor*; DEANNA GORNTO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.G.M., *deceased minor*; MARIA MAGDALENE GARCIA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of N.A.B., *deceased minor*; JUAN JULIAN BRAVO, Individually as Wrongful Death Beneficiary of N.A.B., *deceased minor*; VERONICA LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.N.S., *deceased minor*; JACOB SILGUERO, Individually as Wrongful Death Beneficiary of J.N.S., *deceased minor*; APRIL ELROD, Individually as Wrongful Death Beneficiary of and as Representative of the Estate of M.L.E., *deceased minor*; KIMBERLY RUBIO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of A.A.R., *deceased minor*; FELIX RUBIO, Individually as Wrongful Death Beneficiary of A.A.R., *deceased minor*; JOSE LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.C.L., *deceased minor*; CHRISTINA LUEVANOS, Individually as Wrongful Death Beneficiary of J.C.L., *deceased minor*; JENNIFER LUGO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of E.A.G., *deceased minor*; STEVEN GARCIA, Individually as Wrongful Death Beneficiary of E.A.G., *deceased minor*; ALYSSA RODRIGUEZ, Individually as Wrongful Death Beneficiary for J.M.F., JR., *deceased minor*; EVADULIA ORTA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of R.F.T., *deceased minor*; MANDY MARIE RENFRO, Individually as Wrongful Death Beneficiary of U.S.G., *deceased minor;* DAVID BALMER, Esq., as Representative of the Estate of U.S.G., *deceased minor*; ELI TORRES, Individually as Wrongful Death Beneficiary of E.T., *deceased minor*; JOSE MARTINEZ, Individually and as Next Friend of A.J.M., *minor*; KASSANDRA CHAVEZ, Individually and as Next Friend of A.J.M., *minor*; VINCENT SALAZAR, III, Individually as Wrongful Death Beneficiary and as Representative of the Estate of L.M.S., *deceased minor;*

**MELINDA ALEJANDRO, Individually as Wrongful Death Beneficiary of L.M.S.,** *deceased minor.*

     ***Plaintiffs***

**v.**

**JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; CHRISTOPHER KINDELL, an individual; JOEL BETANCOURT, an individual; VICTOR ESCALON, an individual; TEXAS DEPARTMENT OF PUBLIC SAFETY DOES 1 through 85; MANDY GUTIERREZ, an individual; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; JESUS "JJ" SUAREZ, an individual; SCHNEIDER ELECTRIC USA, INC.; and MOTOROLA SOLUTIONS, INC.**

     ***Defendants***

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00045-AM-MHW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                              *Server's signature*

                                         _____
                                              *Printed name and title*

                                         _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

<div style="text-align:center">Western District of Texas</div>

| | |
|---|---|
| JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C., deceased minor; et al. (See Attachment A) | ) )<br>)<br>) |
| _____<br><center>*Plaintiff(s)*</center> | )<br>) |
| <center>v.</center> | )  Civil Action No. **2:24-cv-00045-AM-MHW** |
| | )<br>) |
| JUAN MALDONADO, an individual, et al. (See Attachment A) | )<br>) |
| _____<br><center>*Defendant(s)*</center> | )<br>) |

<div style="text-align:center">

**SUMMONS IN A CIVIL ACTION**

</div>

To: *(Defendant's name and address)*   Schneider Electric USA, Inc.
by and through its Registered Agent
Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, Texas 78701-3218
or
Vice President, Robert Murray
70 Mechanic Street, Foxboro, MA  02053 or wherever they may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Erin J. Rogiers
Guerra LLP
875 East Ashby Place, Suite 1200
San Antonio, Texas 78212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

<div style="text-align:right">

*CLERK OF COURT, PHILIP J. DEVLIN*

</div>

Date: _5/28/24_                          _____
<div style="text-align:right">*Signature of Clerk or Deputy Clerk*</div>



**ATTACHMENT A**
**CAPTION**

**JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C.,** *deceased minor*; **SANTA GLORIA CAZARES, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.J.C.,** *deceased minor*; **KIMBERLY GARCIA, Individually as Wrongful Death Beneficiary of A.J.G.,** *deceased minor*; **RACHEL GARZA, Esq., as Representative of the Estate of A.J.G.,** *deceased minor*; **MIGUEL CERRILLO, Individually and as Next Friend of M.I.C.,** *minor*; **ABIGALE VELOZ, Individually and as Next Friend of M.I.C.,** *minor*; **ANA RODRIGUEZ, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.Y.R.,** *deceased minor*; **JERRY MATA, Individually as Wrongful Death Beneficiary of T.M.M.,** *deceased minor*; **VERONICA MATA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of T.M.M.,** *deceased minor*; **JESSIE RODRIGUEZ, Individually as Wrongful Death Beneficiary of A.G.R.,** *deceased minor*; **DEANNA GORNTO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.G.M.,** *deceased minor*; **MARIA MAGDALENE GARCIA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of N.A.B.,** *deceased minor*; **JUAN JULIAN BRAVO, Individually as Wrongful Death Beneficiary of N.A.B.,** *deceased minor*; **VERONICA LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.N.S.,** *deceased minor*; **JACOB SILGUERO, Individually as Wrongful Death Beneficiary of J.N.S.,** *deceased minor*; **APRIL ELROD, Individually as Wrongful Death Beneficiary of and as Representative of the Estate of M.L.E.,** *deceased minor*; **KIMBERLY RUBIO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of A.A.R.,** *deceased minor*; **FELIX RUBIO, Individually as Wrongful Death Beneficiary of A.A.R.,** *deceased minor*; **JOSE LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.C.L.,** *deceased minor*; **CHRISTINA LUEVANOS, Individually as Wrongful Death Beneficiary of J.C.L.,** *deceased minor*; **JENNIFER LUGO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of E.A.G.,** *deceased minor*; **STEVEN GARCIA, Individually as Wrongful Death Beneficiary of E.A.G.,** *deceased minor*; **ALYSSA RODRIGUEZ, Individually as Wrongful Death Beneficiary for J.M.F., JR.,** *deceased minor*; **EVADULIA ORTA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of R.F.T.,** *deceased minor*; **MANDY MARIE RENFRO, Individually as Wrongful Death Beneficiary of U.S.G.,** *deceased minor;* **DAVID BALMER, Esq., as Representative of the Estate of U.S.G.,** *deceased minor*; **ELI TORRES, Individually as Wrongful Death Beneficiary of E.T.,** *deceased minor*; **JOSE MARTINEZ, Individually and as Next Friend of A.J.M.,** *minor*; **KASSANDRA CHAVEZ, Individually and as Next Friend of A.J.M.,** *minor*; **VINCENT SALAZAR, III, Individually as Wrongful Death Beneficiary and as Representative of the Estate of L.M.S.,** *deceased minor*;

**MELINDA ALEJANDRO, Individually as Wrongful Death Beneficiary of L.M.S.,** *deceased minor.*

      *Plaintiffs*

v.

**JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; CHRISTOPHER KINDELL, an individual; JOEL BETANCOURT, an individual; VICTOR ESCALON, an individual; TEXAS DEPARTMENT OF PUBLIC SAFETY DOES 1 through 85; MANDY GUTIERREZ, an individual; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; JESUS "JJ" SUAREZ, an individual; SCHNEIDER ELECTRIC USA, INC.; and MOTOROLA SOLUTIONS, INC.**

      *Defendants*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00045-AM-MHW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

| | |
|---|---|
| JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C., deceased minor; et al. (See Attachment A) <br> *Plaintiff(s)* <br> v. <br><br> JUAN MALDONADO, an individual, et al. (See Attachment A) <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 2:24-cv-00045-AM-MHW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Uvalde Consolidated Independent School District
> by serving UCISD Superintendent Ashley Chohlis and/or
> UCISD Board of Trustees President Calvin Lambert
> 1000 North Getty Street
> Uvalde, Texas 78801 or wherever they may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Erin J. Rogiers
> Guerra LLP
> 875 East Ashby Place, Suite 1200
> San Antonio, Texas 78212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 5/28/24

_____
Signature of Clerk or Deputy Clerk

**ATTACHMENT A**
**CAPTION**

**JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C.,** *deceased minor*; **SANTA GLORIA CAZARES, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.J.C.,** *deceased minor*; **KIMBERLY GARCIA, Individually as Wrongful Death Beneficiary of A.J.G.,** *deceased minor*; **RACHEL GARZA, Esq., as Representative of the Estate of A.J.G.,** *deceased minor*; **MIGUEL CERRILLO, Individually and as Next Friend of M.I.C.,** *minor*; **ABIGALE VELOZ, Individually and as Next Friend of M.I.C.,** *minor*; **ANA RODRIGUEZ, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.Y.R.,** *deceased minor*; **JERRY MATA, Individually as Wrongful Death Beneficiary of T.M.M.,** *deceased minor*; **VERONICA MATA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of T.M.M.,** *deceased minor*; **JESSIE RODRIGUEZ, Individually as Wrongful Death Beneficiary of A.G.R.,** *deceased minor*; **DEANNA GORNTO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.G.M.,** *deceased minor*; **MARIA MAGDALENE GARCIA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of N.A.B.,** *deceased minor*; **JUAN JULIAN BRAVO, Individually as Wrongful Death Beneficiary of N.A.B.,** *deceased minor*; **VERONICA LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.N.S.,** *deceased minor*; **JACOB SILGUERO, Individually as Wrongful Death Beneficiary of J.N.S.,** *deceased minor*; **APRIL ELROD, Individually as Wrongful Death Beneficiary of and as Representative of the Estate of M.L.E.,** *deceased minor*; **KIMBERLY RUBIO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of A.A.R.,** *deceased minor*; **FELIX RUBIO, Individually as Wrongful Death Beneficiary of A.A.R.,** *deceased minor*; **JOSE LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.C.L.,** *deceased minor*; **CHRISTINA LUEVANOS, Individually as Wrongful Death Beneficiary of J.C.L.,** *deceased minor*; **JENNIFER LUGO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of E.A.G.,** *deceased minor*; **STEVEN GARCIA, Individually as Wrongful Death Beneficiary of E.A.G.,** *deceased minor*; **ALYSSA RODRIGUEZ, Individually as Wrongful Death Beneficiary for J.M.F., JR.,** *deceased minor*; **EVADULIA ORTA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of R.F.T.,** *deceased minor*; **MANDY MARIE RENFRO, Individually as Wrongful Death Beneficiary of U.S.G.,** *deceased minor;* **DAVID BALMER, Esq., as Representative of the Estate of U.S.G.,** *deceased minor*; **ELI TORRES, Individually as Wrongful Death Beneficiary of E.T.,** *deceased minor*; **JOSE MARTINEZ, Individually and as Next Friend of A.J.M.,** *minor*; **KASSANDRA CHAVEZ, Individually and as Next Friend of A.J.M.,** *minor*; **VINCENT SALAZAR, III, Individually as Wrongful Death Beneficiary and as Representative of the Estate of L.M.S.,** *deceased minor*;

**MELINDA ALEJANDRO, Individually as Wrongful Death Beneficiary of L.M.S.,** *deceased minor.*

> *Plaintiffs*

v.

**JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; CHRISTOPHER KINDELL, an individual; JOEL BETANCOURT, an individual; VICTOR ESCALON, an individual; TEXAS DEPARTMENT OF PUBLIC SAFETY DOES 1 through 85; MANDY GUTIERREZ, an individual; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; JESUS "JJ" SUAREZ, an individual; SCHNEIDER ELECTRIC USA, INC.; and MOTOROLA SOLUTIONS, INC.**

> *Defendants*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00045-AM-MHW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                    *Server's signature*

                                          _____
                                                    *Printed name and title*

                                          _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Western District of Texas

JAVIER CAZARES, Individually as Wrongful Death
Beneficiary of J.J.C., deceased minor; et al.
(See Attachment A)
_____
*Plaintiff(s)*

v.

JUAN MALDONADO, an individual, et al. (See
Attachment A)
_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  2:24-cv-00045-AM-MHW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Victor Escalon
        216 Ben Hogan Avenue
        McAllen, Texas 78503-3113 or wherever he may be found

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

        Erin J. Rogiers
        Guerra LLP
        875 East Ashby Place, Suite 1200
        San Antonio, Texas 78212

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: ___5/28/24___                                           _____
                                                       *Signature of Clerk or Deputy Clerk*



**ATTACHMENT A**
**CAPTION**

JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C., *deceased minor*; SANTA GLORIA CAZARES, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.J.C., *deceased minor*; KIMBERLY GARCIA, Individually as Wrongful Death Beneficiary of A.J.G., *deceased minor*; RACHEL GARZA, Esq., as Representative of the Estate of A.J.G., *deceased minor*; MIGUEL CERRILLO, Individually and as Next Friend of M.I.C., *minor*; ABIGALE VELOZ, Individually and as Next Friend of M.I.C., *minor*; ANA RODRIGUEZ, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.Y.R., *deceased minor*; JERRY MATA, Individually as Wrongful Death Beneficiary of T.M.M., *deceased minor*; VERONICA MATA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of T.M.M., *deceased minor*; JESSIE RODRIGUEZ, Individually as Wrongful Death Beneficiary of A.G.R., *deceased minor*; DEANNA GORNTO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.G.M., *deceased minor*; MARIA MAGDALENE GARCIA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of N.A.B., *deceased minor*; JUAN JULIAN BRAVO, Individually as Wrongful Death Beneficiary of N.A.B., *deceased minor*; VERONICA LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.N.S., *deceased minor*; JACOB SILGUERO, Individually as Wrongful Death Beneficiary of J.N.S., *deceased minor*; APRIL ELROD, Individually as Wrongful Death Beneficiary of and as Representative of the Estate of M.L.E., *deceased minor*; KIMBERLY RUBIO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of A.A.R., *deceased minor*; FELIX RUBIO, Individually as Wrongful Death Beneficiary of A.A.R., *deceased minor*; JOSE LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.C.L., *deceased minor*; CHRISTINA LUEVANOS, Individually as Wrongful Death Beneficiary of J.C.L., *deceased minor*; JENNIFER LUGO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of E.A.G., *deceased minor*; STEVEN GARCIA, Individually as Wrongful Death Beneficiary of E.A.G., *deceased minor*; ALYSSA RODRIGUEZ, Individually as Wrongful Death Beneficiary for J.M.F., JR., *deceased minor*; EVADULIA ORTA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of R.F.T., *deceased minor*; MANDY MARIE RENFRO, Individually as Wrongful Death Beneficiary of U.S.G., *deceased minor;* DAVID BALMER, Esq., as Representative of the Estate of U.S.G., *deceased minor*; ELI TORRES, Individually as Wrongful Death Beneficiary of E.T., *deceased minor*; JOSE MARTINEZ, Individually and as Next Friend of A.J.M., *minor*; KASSANDRA CHAVEZ, Individually and as Next Friend of A.J.M., *minor*; VINCENT SALAZAR, III, Individually as Wrongful Death Beneficiary and as Representative of the Estate of L.M.S., *deceased minor;*

**MELINDA ALEJANDRO, Individually as Wrongful Death Beneficiary of L.M.S.,** *deceased minor.*

      *Plaintiffs*

**v.**

**JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; CHRISTOPHER KINDELL, an individual; JOEL BETANCOURT, an individual; VICTOR ESCALON, an individual;  TEXAS DEPARTMENT OF PUBLIC SAFETY DOES 1 through 85; MANDY GUTIERREZ, an individual;   UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; JESUS "JJ" SUAREZ, an individual; SCHNEIDER ELECTRIC USA, INC.; and MOTOROLA SOLUTIONS, INC.**

      *Defendants*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00045-AM-MHW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: