## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

**JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C., *deceased minor*; SANTA GLORIA CAZARES, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.J.C., *deceased minor*; KIMBERLY GARCIA, Individually as Wrongful Death Beneficiary of A.J.G, *deceased minor*; RACHEL GARZA, Esq., as Representative of the Estate of A.J.G., *deceased minor*; MIGUEL CERRILLO, Individually and as Next Friend of M.I.C, *minor*; ABIGALE VELOZ, Individually and as Next Friend of M.I.C., *minor*; ANA RODRIGUEZ, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.Y.R., *deceased minor*; JERRY MATA, Individually as Wrongful Death Beneficiary of T.M.M., *deceased minor*; VERONICA MATA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of T.M.M., *deceased minor*; JESSIE RODRIGUEZ, Individually as Wrongful Death Beneficiary of A.G.R., *deceased minor*; DEANNA GORNTO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.G.M. *deceased minor*; MARIA MAGDALENE GARCIA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of N.A.B., *deceased minor*; JUAN JULIAN BRAVO, Individually as Wrongful Death Beneficiary of N.A.B., *deceased minor*; VERONICA LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.N.S., *deceased minor*; JACOB SILGUERO, Individually as**

Case No.  2:24-cv-00045

**Wrongful Death Beneficiary of J.N.S.,** *deceased minor*; **APRIL ELROD, Individually as Wrongful Death Beneficiary of and as Representative of the Estate of M.L.E.,** *deceased minor*; **KIMBERLY RUBIO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of A.A.R.,** *deceased minor*; **FELIX RUBIO, Individually as Wrongful Death Beneficiary of A.A.R.,** *deceased minor*; **JOSE LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.C.L.,** *deceased minor*; **CHRISTINA LUEVANOS, Individually as Wrongful Death Beneficiary of J.C.L.,** *deceased minor*; **JENNIFER LUGO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of E.A.G.,** *deceased minor*; **STEVEN GARCIA, Individually as Wrongful Death Beneficiary of E.A.G.,** *deceased minor*; **ALYSSA RODRIGUEZ, Individually as Wrongful Death Beneficiary for J.M.F.,** *deceased minor*; **EVADULIA ORTA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of R.F.T.,** *deceased minor*; **MANDY MARIE RENFRO, Individually as Wrongful Death Beneficiary of U.S.G.,** *deceased minor*; **DAVID BALMER, Esq., as Representative of the Estate of U.S.G.,** *deceased minor*; **ELI TORRES, Individually as Wrongful Death Beneficiary of E.T.,** *deceased minor*; **JOSE MARTINEZ, Individually and as Next Friend of A.J.M.,** *minor*; **KASSANDRA CHAVEZ, Individually and as Next Friend of A.J.M.,** *minor*; **VINCENT SALAZAR, III, Individually as Wrongful Death Beneficiary and as Representative of the Estate of L.M.S.,** *deceased minor*;

**MELINDA ALEJANDRO, Individually as Wrongful Death Beneficiary of L.M.S., *deceased minor.***

   *Plaintiffs*


**v.**


**JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; CHRISTOPHER KINDELL, an individual; JOEL BETANCOURT, an individual; VICTOR ESCALON, an individual; TEXAS DEPARTMENT OF PUBLIC SAFETY DOES 1 through 84; MANDY GUTIERREZ, an individual; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; JESUS "JJ" SUAREZ, an individual; SCHNEIDER ELECTRIC USA, INC.; and MOTOROLA SOLUTIONS, INC.**


   *Defendants*

---

## PLAINTIFFS' NOTICE OF PARTIAL DISMISSAL OF DEFENDANT SCHNEIDER ELECTRIC USA, INC. ONLY

   Plaintiffs file this Notice of Dismissal as to their claims against Defendant Schneider Electric USA, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  By filing this Notice, Plaintiffs intend to voluntarily dismiss their claims against Schneider Electric USA, Inc.

only; Plaintiffs intend for all other claims against all remaining Defendants named in this action to remain pending.  In support thereof, Plaintiffs respectfully show as follows:

1.       Plaintiffs instituted this action by filing their Original Complaint for Damages and Demand for Jury Trial on May 22, 2024.  [ECF No. 1].  Plaintiffs filed a Corrected Complaint on May 24, 2024, asserting the same claims against the same parties and just correcting the manner in which certain minor Plaintiffs are identified.  [ECF No. 2].

2.       The time to serve a responsive pleading to the Complaint has not yet arisen for any of the Defendants.  *See* Fed. R. Civ. P. 12(a)(1).

3.       Plaintiffs asserted claims against 7 Defendants who are associated with the Texas Department of Public Safety.  [ECF No. 2 at 17-19, 61-66, ¶¶ 55-63, 326-375].  Plaintiffs also asserted claims against the Uvalde Consolidated Independent School District Police Department and 3 individual Defendants who are associated with the Uvalde Consolidated Independent School District Police Department.  [ECF No. 2 at 20-21, 61-68, ¶¶ 56-69, 326-384].  Further, Plaintiffs asserted claims against Schneider Electric USA, Inc. [ECF No. 2 at 22, 68-73, ¶¶ 70, 385-414] and against Motorola Solutions, Inc. [ECF No. 2 at 22, 74-76, ¶¶ 71, 415-432].

4.       Plaintiffs no longer wish to prosecute their claims – their Sixth and Seventh Causes of Action only -- against Defendant Schneider Electric USA. Federal Rule of Civil Procedure 41(a)(1)(A)(i) permits a plaintiff to file a notice of dismissal before the opposing party serves an answer or motion for summary judgment.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Plaintiffs notice the dismissal of their claims against Defendant Schneider Electric USA, Inc., **only.**  This notice applies **only** to the Sixth and Seventh Causes of Action [ECF No. 2 at 68-73, ¶¶ 385-414] in the live complaint and **only** to Defendant Schneider Electric USA, Inc.

5.      This notice does not apply to any claims asserted against any Defendants other than Defendant Schneider Electric USA, Inc.  Plaintiffs intend to continue the prosecution of all of their claims against all other Defendants.  That is, Plaintiffs intend to continue their prosecution of their First Cause of Action [ECF No. 2 at 61-64, ¶¶ 326-353], their Second Cause of Action [ECF No. 2 at 64-65, ¶¶ 354-366], their Third Cause of Action [ECF No. 2 at 65-66, ¶¶ 367-370], their Fourth Cause of Action [ECF No. 2 at 66-67, ¶¶ 371-379], their Fifth Cause of Action [ECF No. 2 at 67-68, ¶¶ 380-384], and their Eighth and Ninth Causes of Action [ECF No. 2 at 74-76, ¶¶ 415-432].

6.      Plaintiffs intend for their dismissal of Schneider Electric to be a dismissal without prejudice.  *See* Fed. R. Civ. P. 41(a)(1)(B); *United States v. Eli Lilly & Co., Inc.*, 4 F.4th 255, 261 (5th Cir. 2021).

DATED: May 31, 2024.

Respectfully submitted,

**THE PLAINTIFFS**,

By:     */s/ Erin Rogiers*
        Erin Rogiers, Esq.
        TX State Bar No. 24083597
        Francisco Guerra IV, Esq.
        TX State Bar No. 00796684
        Bailey VanNatta, Esq.
        TX State Bar No. 24119113
        GUERRA LLP
        875 East Ashby Place, Suite 1200
        San Antonio, TX 78212
        Tel: (210) 447-0500
        Fax: (210) 447-0501
        erogiers@guerrallp.com
        fguerra@guerrallp.com

bvannatta@guerrallp.com

By:    /s/ *Alinor C. Sterling*

Alinor C. Sterling, Esq. (*pro hac vice* forthcoming)

CT State Bar No. 411754

Joshua D. Koskoff, Esq. (*pro hac vice* forthcoming)

CT State Bar No. 410518

Colin S. Antaya, Esq. (*pro hac vice* forthcoming)

CT State Bar No. 440953

Katherine Mesner-Hage, Esq. (*pro hac vice* forthcoming)

CT State Bar No. 436299

KOSKOFF, KOSKOFF & BIEDER, PC

350 Fairfield Ave., Suite 501

Bridgeport, CT 06604

Tel: (203) 336-4421

Fax: (203) 368-3244

asterling@koskoff.com

jkoskoff@koskoff.com

cantaya@koskoff.com

kmesnerhage@koskoff.com