IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| **JAVIER CAZARES, individually as Wrongful Death Beneficiary of J.J.C., Deceased minor; et al.** | § § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | C.A. NO.: 2:24-cv-00045-AM-MHW |
| **JUAN MALDONADO, an individual, et al.,** | § § § § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Clay T. Grover of the law firm of Rogers, Morris & Grover, L.L.P., appears as counsel for Mandy Gutierrez.

          Respectfully submitted,

          ROGERS, MORRIS, & GROVER, L.L.P.

          _____
          CLAY T. GROVER
          Attorney-in-Charge
          State Bar No. 08550280
          Fed. I.D. No. 15064
          cgrover@rmgllp.com
          5718 Westheimer, Suite 1200
          Houston, Texas 77057
          Telephone:   713/960-6000
          Facsimile:    713/960-6025

          ATTORNEY FOR MANDY GUTIERREZ

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 3, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

_____
Attorney for Mandy Gutierrez