IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| **JAVIER CAZARES, individually as Wrongful Death Beneficiary of J.J.C., Deceased minor; et al.** § § § § | |
| **Plaintiffs,** § § | |
| v. § | C.A. NO.: 2:24-cv-00045-AM-MHW |
| § | |
| **JUAN MALDONADO, an individual, et al.,** § § § | |
| **Defendants.** § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Please take notice that, in addition to Clay T. Grover, Amy Demmler of the law firm of Rogers, Morris & Grover, L.L.P., appears as counsel for Defendant Mandy Gutierrez. Clay T. Grover remains attorney-in-charge.

Respectfully submitted,

ROGERS, MORRIS, & GROVER, L.L.P.

_____
CLAY T. GROVER
Attorney-in-Charge
State Bar No. 08550280
Fed. I.D. No. 15064
cgrover@rmgllp.com
AMY DEMMLER
State Bar No. 24092337
Fed. I.D. No.  3227731
ademmler@rmgllp.com
5718 Westheimer, Suite 1200
Houston, Texas 77057
Telephone:    713/960-6000
Facsimile:     713/960-6025

ATTORNEY FOR MANDY GUTIERREZ

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

_____
Attorney for Mandy Gutierrez