AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C., deceased minor; et al. (See Attachment A)

*Plaintiff(s)*

v.

Civil Action No. 2:24-cv-00045-AM-MHW

JUAN MALDONADO, an individual, et al. (See Attachment A)

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Uvalde Consolidated Independent School District
by serving UCISD Superintendent Ashley Chohlis and/or
UCISD Board of Trustees President Calvin Lambert
1000 North Getty Street
Uvalde, Texas 78801 or wherever they may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Erin J. Rogiers
Guerra LLP
875 East Ashby Place, Suite 1200
San Antonio, Texas 78212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 5/28/24

*Signature of Clerk or Deputy Clerk*



ATTACHMENT A
CAPTION

JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C., *deceased minor*; SANTA GLORIA CAZARES, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.J.C., *deceased minor*; KIMBERLY GARCIA, Individually as Wrongful Death Beneficiary of A.J.G., *deceased minor*; RACHEL GARZA, Esq., as Representative of the Estate of A.J.G., *deceased minor*; MIGUEL CERRILLO, Individually and as Next Friend of M.I.C., *minor*; ABIGALE VELOZ, Individually and as Next Friend of M.I.C., *minor*; ANA RODRIGUEZ, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.Y.R., *deceased minor*; JERRY MATA, Individually as Wrongful Death Beneficiary of T.M.M., *deceased minor*; VERONICA MATA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of T.M.M., *deceased minor*; JESSIE RODRIGUEZ, Individually as Wrongful Death Beneficiary of A.G.R., *deceased minor*; DEANNA GORNTO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.G.M., *deceased minor*; MARIA MAGDALENE GARCIA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of N.A.B., *deceased minor*; JUAN JULIAN BRAVO, Individually as Wrongful Death Beneficiary of N.A.B., *deceased minor*; VERONICA LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.N.S., *deceased minor*; JACOB SILGUERO, Individually as Wrongful Death Beneficiary of J.N.S., *deceased minor*; APRIL ELROD, Individually as Wrongful Death Beneficiary of and as Representative of the Estate of M.L.E., *deceased minor*; KIMBERLY RUBIO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of A.A.R., *deceased minor*; FELIX RUBIO, Individually as Wrongful Death Beneficiary of A.A.R., *deceased minor*; JOSE LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.C.L., *deceased minor*; CHRISTINA LUEVANOS, Individually as Wrongful Death Beneficiary of J.C.L., *deceased minor*; JENNIFER LUGO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of E.A.G., *deceased minor*; STEVEN GARCIA, Individually as Wrongful Death Beneficiary of E.A.G., *deceased minor*; ALYSSA RODRIGUEZ, Individually as Wrongful Death Beneficiary for J.M.F., JR., *deceased minor*; EVADULIA ORTA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of R.F.T., *deceased minor*; MANDY MARIE RENFRO, Individually as Wrongful Death Beneficiary of U.S.G., *deceased minor;* DAVID BALMER, Esq., as Representative of the Estate of U.S.G., *deceased minor*; ELI TORRES, Individually as Wrongful Death Beneficiary of E.T., *deceased minor*; JOSE MARTINEZ, Individually and as Next Friend of A.J.M., *minor*; KASSANDRA CHAVEZ, Individually and as Next Friend of A.J.M., *minor*; VINCENT SALAZAR, III, Individually as Wrongful Death Beneficiary and as Representative of the Estate of L.M.S., *deceased minor*;

MELINDA ALEJANDRO, Individually as Wrongful Death Beneficiary of L.M.S., *deceased minor*.

*Plaintiffs*

v.

JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; CHRISTOPHER KINDELL, an individual; JOEL BETANCOURT, an individual; VICTOR ESCALON, an individual; TEXAS DEPARTMENT OF PUBLIC SAFETY DOES 1 through 85; MANDY GUTIERREZ, an individual; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; JESUS "JJ" SUAREZ, an individual; SCHNEIDER ELECTRIC USA, INC.; and MOTOROLA SOLUTIONS, INC.

*Defendants*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00045-AM-HHW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Uvalde Consolidated Independent School District by delivering to UCISD Superintendent Ashley Chohlis and/or through UCISD Board of Trustees President Calvin Lambert was received by me on *(date)* May 29, 2024, 11:30 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* to UCISD Superintendent Ashley Chohlis, who is designated by law to accept service of process on behalf of *(name of organization)* Uvalde Consolidated Independent School District on *(date)* Fri, May 31 2024; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $.

I declare under penalty of perjury that this information is true.

Date: 6/3/2024

*Server's signature*

David Davis          Process Server

*Printed name and title*

975 West Main Street, Uvalde, TX 78801

*Server's address*

Additional information regarding attempted service, etc.: