UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| JAVIER CAZARES, *Individually as* | § | |
| *Wrongful Death Beneficiary of J.J.C.,* | § | |
| *Deceased Minor, et al.* | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 2:24-cv-000045-AM |
| | § | |
| JUAN MALDONADO, *et al.* | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE CHIEF JUDGE OF SAID COURT:

Notice is hereby given that the undersigned attorney, CHRISTOPHER D. LIVINGSTON, of the law firm of Fanning Harper Martinson Brandt & Kutchin, P.C. enters his Notice of Appearance in this matter as co-counsel for Defendant Pedro "Pete" Arredondo and for the purpose of receiving Notices and Orders from the Court.

Respectfully submitted,

*/s/Christopher D. Livingston*
**THOMAS P. BRANDT**
State Bar No. 02883500
tbrandt@fhmbk.com
**LAURA O'LEARY**
State Bar No. 24072262
loloeary@fhmbk.com
**CHRISTOPHER D. LIVINGSTON**
State Bar No. 24007559
clivingston@fhmbk.com
**CHRISTOPHER T. BRANDT**
State Bar No. 24095984
cbrandt@fhmbk.com

**FANNING HARPER MARTINSON BRANDT & KUTCHIN**
A Professional Corporation

> One Glen Lakes
> 8140 Walnut Hill Lane, Suite 200
> Dallas, Texas 75231
> (214) 369-1300 (office)
> (214) 987-9649 (telecopier)
>
> **ATTORNEYS FOR DEFENDANT**
> **PEDRO "PETE" ARREDONDO**

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing instrument has been served to all parties of record in compliance with Rule 5 of the Federal Rules of Civil Procedure on the 12th day of June, 2024.

> /s/ *Christopher D. Livingston*
> **CHRISTOPHER D. LIVINGSTON**