UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| **JAVIER CAZARES,** *Individually as* *Wrongful Death Beneficiary of J.J.C.,* *Deceased Minor, et al.* § § § §<br>         **Plaintiffs,** §<br>§<br>**v.** §   **Civil Action No. 2:24-cv-000045-AM**<br>§<br>**JUAN MALDONADO,** *et al.* §<br>         ***Defendants.*** § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE CHIEF JUDGE OF SAID COURT:

      Notice is hereby given that the undersigned attorney, LAURA O'LEARY, of the law firm of Fanning Harper Martinson Brandt & Kutchin, P.C. enters her Notice of Appearance in this matter as co-counsel for Defendant Pedro "Pete" Arredondo and for the purpose of receiving Notices and Orders from the Court.

      Respectfully submitted,

*/s/ Laura O'Leary*
**THOMAS P. BRANDT**
State Bar No. 02883500
tbrandt@fhmbk.com
**LAURA O'LEARY**
State Bar No. 24072262
loloeary@fhmbk.com
**CHRISTOPHER D. LIVINGSTON**
State Bar No. 24007559
clivingston@fhmbk.com
**CHRISTOPHER T. BRANDT**
State Bar No. 24095984
cbrandt@fhmbk.com

**FANNING HARPER MARTINSON**
**BRANDT & KUTCHIN**
A Professional Corporation
One Glen Lakes

8140 Walnut Hill Lane, Suite 200
Dallas, Texas 75231
(214) 369-1300 (office)
(214) 987-9649 (telecopier)

**ATTORNEYS FOR DEFENDANT
PEDRO "PETE" ARREDONDO**

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served to all parties of record in compliance with Rule 5 of the Federal Rules of Civil Procedure on the 12th day of June, 2024.

/s/ *Laura O'Leary*
**LAURA O'LEARY**