# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | |
|---|---|
| **JAVIER CAZARES,** *Individually as Wrongful Death Beneficiary of J.J.C., Deceased Minor, et al.*<br>            *Plaintiffs,*<br><br>v.<br><br>**JUAN MALDONADO,** *et al.*<br>            *Defendants.* | §<br>§<br>§<br>§<br>§<br>§  Civil Action No. 2:24-cv-000045-AM<br>§<br>§<br>§<br>§ |

## ORDER

ON THIS, the day of signing, came to be considered the Unopposed Motion of Pedro "Pete" Arredondo for an Extension of the Deadline to File His Answer or Other Responsive Pleading to Plaintiffs' First Amended Complaint.  The Court, having considered the unopposed motion and any responses thereto, finds that it should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED that the Unopposed Motion of Pedro "Pete" Arredondo for an Extension of the Deadline to File His Answer or Other Responsive Pleading is **GRANTED** and that Defendant Pedro "Pete" Arredondo shall have until **July 24, 2024,** in which to file his Response to Plaintiff's First Amended Complaint.

Signed this _____ day of _____ 2024.

_____
CHIEF U.S. DISTRICT JUDGE ALIA MOSES