IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| JAVIER CAZARES, individually as Wrongful Death Beneficiary of J.J.C., Deceased minor; et al. | § § § § | |
| Plaintiffs, | § § | |
| v. | § | C.A. NO.: 2:24-cv-00045-AM-MHW |
| JUAN MALDONADO, an individual, et al., | § § § § § | |
| Defendants. | § § | |

## ORDER

Pending before the Court is Defendant Mandy Gutierrez's Motion to Dismiss Pursuant to Rules 12(b)(1) and (6). Upon consideration of the Motion, it is the opinion of this Court that Ms. Gutierrez's Motion should be **GRANTED**.

It is, therefore, **ORDERED** that the Motion is **GRANTED**, and Plaintiffs' claims against Ms. Gutierrez are dismissed with prejudice.

SIGNED this _____ day of _____ 2024.

_____
UNITED STATES DISTRICT JUDGE