IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C., Deceased Minor, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JUAN MALDONADO, et al., <br><br> Defendants. | § § § § § § § § § § § § § No. 2:24-cv-00045-AM |

**[PROPOSED] ORDER GRANTING DEFENDANT MOTOROLA SOLUTIONS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

This Court, having considered Defendant Motorola Solutions, Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint (the "Motion") [ECF No. 24], finds the Motion should be GRANTED. Accordingly, the Court extends Defendant Motorola Solutions, Inc.'s time to answer or otherwise respond to Plaintiff's Amended Complaint to July 22, 2024.

IT IS SO ORDERED.


Date: _____, 2024        _____
                                    Chief U.S. District Judge Alia Moses