# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | |
|---|---|
| **JAVIER CAZARES, ET AL.,** § | |
| Plaintiffs, § | |
| § | |
| v. § | **CIVIL ACTION NO. 2:24-CV-045** |
| § | |
| **JUAN MALDONADO, ET AL.,** § | |
| Defendants. § | |

## ORDER OF DISMISSAL

This day the Court considered Defendants Joel Betancourt, Richard Bogdanski, Crimson Elizondo, Victor Escalon, Christopher Kindell, Juan Maldonado, and Luke Williams' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

For the reasons presented in the motion, the Court finds that Plaintiffs have failed to state any claim for which relief may be granted, and Defendants are entitled to qualified immunity.

It is hereby **ORDERED** that the motion to dismiss is in all things **GRANTED**. Any and all claims brought by Plaintiffs against Defendants Joel Betancourt, Richard Bogdanski, Crimson Elizondo, Victor Escalon, Christopher Kindell, Juan Maldonado, and Luke Williams in the above-numbered and styled cause of action are hereby **DISMISSED** with prejudice.

SIGNED this _____ day of _____, 20____.

_____
PRESIDING JUDGE