UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| Javier Cazares, et al., *Plaintiffs* | § § § § § § § § § | Civil Action No. 2:24-CV-045 |
| v. | | |
| Juan Maldonado, et al., *Defendants*. | | |

# **ORDER**

Pending before the Court is Defendant Jesus "J.J." Suarez's Motion to Dismiss Plaintiffs' Original Complaint. Upon consideration of the Motion, the Court is of the opinion that Defendant Suarez's Motion should be GRANTED.

It is therefore ORDERED that Defendant Suarez's Motion to Dismiss is GRANTED and that all of Plaintiffs' claims and causes of action against Defendant Suarez are DISMISSED WITH PREJUDICE.

SIGNED on this _____ day of _____, 2024.

_____
CHIEF U.S. DISTRICT JUDGE ALIA MOSES