IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| **JAVIER CAZARES,** *Individually as* *Wrongful Death Beneficiary of J.J.C., Deceased Minor, et al* <br> *Plaintiffs,* <br><br> **v.** <br><br> **JUAN MALDONADO,** *et al* <br> *Defendants.* | § § § § § § § § § § | Civil Action No. 2:24-cv-000045-AM |

## ORDER ON DEFENDANT PEDRO "PETE" ARREDONDO'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

After consideration of Defendant Pedro "Pete" Arredondo's Motion to Dismiss pursuant to Rules 12(b)(1) and 12(b)(6), this Court is of the opinion that it should be **GRANTED**.

It is **ORDERED** that all of Plaintiffs' claims against Defendant Arredondo are dismissed with prejudice.

This is a **FINAL JUDGMENT**.

Signed this _____ day of _____, 2024.

_____
CHIEF U.S. DISTRICT JUDGE ALIA MOSES

30144/768177