## UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| **JAVIER CAZARES, et al.,** | **Case No.  2:24-CV-00045-AM** |
| *Plaintiffs,* | |
| **v.** | **UNOPPOSED MOTION FOR** |
| | **EXTENSION OF FILING DEADLINES** |
| **JUAN MALDONADO, et al.,** | |
| *Defendants.* | |

### UNOPPOSED MOTION FOR EXTENSION OF FILING DEADLINE

The Plaintiffs respectfully submit this Unopposed Motion for Extension of Filing Deadline in the above-captioned case. Specifically, the Plaintiffs seek to extend their deadline to respond to Defendant Motorola Solution Inc.'s ("Motorola") Motion for Summary Judgment (ECF No. 75) until **May 29, 2026**.   Plaintiffs have conferred with defense counsel relevant to the filed motion (specifically, with counsel for Motorola), who has no objection to this request.

### Background

On May 24, 2024, Plaintiffs filed their federal complaint in the above-captioned case.  ECF No. 1.  Defendant Motorola filed its answer to Plaintiffs' First Amended Complaint on July 29, 2024 (ECF No. 49).  On May 1, 2026, Defendant Motorola filed its Motion for Summary Judgment (ECF No. 75).

Under Local Rule CV-7(D) of the Local Court Rules (Civil Rules) for the Western District of Texas, Plaintiffs would otherwise have 14 days from the date of each filing to submit a response.

### Discussion

The Court has "broad discretion" to extend these deadlines pursuant to Federal Rule of Civil Procedure 6(b). *See, e.g., Lorenz v. Wal-Mart Stores, Inc.*, No. SA 05 CA 0319 OG(NN),

2006 WL 581215, at *1 (W.D. Tex. Mar. 7, 2006) ("district courts have broad discretion to manage their dockets. Likewise, it is well-settled that district courts have broad discretion under Federal Rule of Civil Procedure 6(b) to expand filing deadlines.") (footnote omitted); *U.S. ex rel. Long v. GSDMIdea City, L.L.C.*, 798 F.3d 265, 275-76 (5th Cir. 2015) ("district courts have broad discretion under Rule 6(b) to expand filing deadlines"); *see also Cable/Home Commc'n Corp. v. Network Prods., Inc.*, 902 F.2d 829, 859 (11th Cir. 1990) (discussing discretion afforded to district courts when ruling on requests for enlargements of time).

The parties have good cause for this request, and it is not intended to delay. Plaintiffs and Defendant Motorola intend to continue their efforts to reach a resolution in this matter and seek additional time to do so prior to the current deadline to respond to Defendant Motorola's Motion for Summary Judgment.

### Conclusion

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion to extend and allow Plaintiffs until **May 29, 2026**, to respond to Defendant Motorola's Motion for Summary Judgment at ECF No. 75. Counsel for Motorola has been consulted prior to the filing of this motion and has no objection to this request.

Respectfully Submitted,

**THE PLAINTIFFS**,

By:     */s/ Erin Rogiers*
Erin Rogiers, Esq.
TX State Bar No. 24083597
Francisco Guerra IV, Esq.
TX State Bar No. 00796684
Bailey Vannatta, Esq.
TX State Bar No. 24119113
GUERRA LLP
875 East Ashby Place, Suite 1200
San Antonio, TX 78212

Tel: (210) 447-0500
Fax: (210) 447-0501
erogiers@guerrallp.com
fguerra@guerrallp.com
bvannatta@guerrallp.com

By:  /s/ *Joshua D. Koskoff*
Joshua D. Koskoff, Esq. (*pro hac vice*)
CT State Bar No. 410518
Alinor C. Sterling, Esq. (*pro hac vice*)
CT State Bar No. 411754
Colin S. Antaya, Esq. (*pro hac vice*)
CT State Bar No. 440953
Margaret Donovan, Esq. (*pro hac vice*)
CT State Bar No. 445982
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
asterling@koskoff.com
jkoskoff@koskoff.com
cantaya@koskoff.com
mdonovan@koskoff.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically served upon all counsel of record through the CM/ECF system on this 7th day of May 2026.

/s/ *Erin Rogiers*
Erin Rogiers, Esq.