**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION**

| | |
|---|---|
| **JAVIER CAZARES, et al.,** | **Case No.  2:24-CV-00045-AM** |
| *Plaintiffs,* | |
| **v.** | **PROPOSED ORDER RE: UNOPPOSED** |
| **JUAN MALDONADO, et al.,** | **MOTION FOR EXTENSION OF FILING** |
| | **DEADLINES** |
| *Defendants.* | |

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF FILING DEADLINE

Having reviewed the Plaintiffs' Unopposed Motion for Extension of Filing Deadline, the Court finds good cause and extends the deadline for Plaintiffs to file a response to Defendant Motorola's pending Motion for Summary Judgment (ECF No. 75), and ORDERS that Plaintiffs shall file any response to Defendant Motorola's pending Motion for Summary Judgment (ECF No. 75) by **May 29, 2026.**

SIGNED and ENTERED this ___ day of _____, 2026

_____
Chief U.S. District Judge Alia Moses