**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION**

**JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C.,** ***deceased minor*****; SANTA GLORIA CAZARES, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.J.C.,** ***deceased minor*****; KIMBERLY GARCIA, Individually as Wrongful Death Beneficiary of A.J.G,** ***deceased minor*****; RACHEL GARZA, Esq., as Representative of the Estate of A.J.G.,** ***deceased minor*****; MIGUEL CERRILLO, Individually and as Next Friend of M.I.C,** ***minor*****; ABIGALE VELOZ, Individually and as Next Friend of M.I.C.,** ***minor*****; ANA RODRIGUEZ, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.Y.R.,** ***deceased minor*****; JERRY MATA, Individually as Wrongful Death Beneficiary of T.M.M.,** ***deceased minor*****; VERONICA MATA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of T.M.M.,** ***deceased minor*****; JESSIE RODRIGUEZ, Individually as Wrongful Death Beneficiary of A.G.R.,** ***deceased minor*****; DEANNA GORNTO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.G.M.** ***deceased minor*****; MARIA MAGDALENE GARCIA, Individually as Wrongful Death Beneficiary and as Representative**

Case No. 2:24-cv-00045

**of the Estate of N.A.B.,** *deceased minor*; **JUAN JULIAN BRAVO, Individually as Wrongful Death Beneficiary of N.A.B.,** *deceased minor*; **VERONICA LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.N.S.,** *deceased minor*; **JACOB SILGUERO, Individually as Wrongful Death Beneficiary of J.N.S.,** *deceased minor*; **APRIL ELROD, Individually as Wrongful Death Beneficiary of and as Representative of the Estate of M.L.E.,** *deceased minor*; **KIMBERLY RUBIO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of A.A.R.,** *deceased minor*; **FELIX RUBIO, Individually as Wrongful Death Beneficiary of A.A.R.,** *deceased minor*; **JOSE LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.C.L.,** *deceased minor*; **CHRISTINA LUEVANOS, Individually as Wrongful Death Beneficiary of J.C.L.,** *deceased minor*; **JENNIFER LUGO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of E.A.G.,** *deceased minor*; **STEVEN GARCIA, Individually as Wrongful Death Beneficiary of E.A.G.,** *deceased minor*; **ALYSSA RODRIGUEZ, Individually as Wrongful Death Beneficiary for J.M.F.,** *deceased minor*; **EVADULIA ORTA,**

**Individually as Wrongful Death Beneficiary and as Representative of the Estate of R.F.T.,** ***deceased minor;*** **MANDY MARIE RENFRO, Individually as Wrongful Death Beneficiary of U.S.G.,** ***deceased minor;*** **DAVID BALMER, Esq., as Representative of the Estate of U.S.G.,** ***deceased minor*****; ELI TORRES, Individually as Wrongful Death Beneficiary of E.T.,** ***deceased minor;*** **JOSE MARTINEZ, Individually and as Next Friend of A.J.M.,** ***minor*****; KASSANDRA CHAVEZ, Individually and as Next Friend of A.J.M.,** ***minor*****; VINCENT SALAZAR, III, Individually as Wrongful Death Beneficiary and as Representative of the Estate of L.M.S.,** ***deceased minor;*** **MELINDA ALEJANDRO, Individually as Wrongful Death Beneficiary of L.M.S.,** ***deceased minor,***

*Plaintiffs*

**v.**

**JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; CHRISTOPHER KINDELL, an individual; JOEL BETANCOURT, an individual; VICTOR ESCALON, an individual; TEXAS DEPARTMENT OF PUBLIC SAFETY DOES 1 through 84;**

**MANDY GUTIERREZ, an individual; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; JESUS "JJ" SUAREZ, an individual; SCHNEIDER ELECTRIC USA, INC.; and MOTOROLA SOLUTIONS, INC.,**

***Defendants***

## AGREED MOTION FOR APPOINTMENT OF A GUARDIAN AD LITEM

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiffs, MIGUEL CERRILLO, Individually and as Next Friend of M.I.C., *minor*; ABIGALE VELOZ, Individually and as Next Friend of M.I.C., *minor*; JOSE MARTINEZ, Individually and as Next Friend of A.J.M., *minor*; KASSANDRA CHAVEZ, Individually and as Next Friend of A.J.M., *minor* ("Minor Plaintiffs"); and Defendant, MOTOROLA SOLUTIONS, INC., and file their Agreed Motion for Appointment of a Guardian Ad Litem. In support of said Motion, Plaintiffs and Defendant Motorola Solutions, Inc. would respectfully show the Court as follows:

## I.
## FACTS

1. This lawsuit arises from a horrific and tragic attack at Robb Elementary School that occurred on May 24, 2022 ("Incident"), in which the Minor Plaintiffs sustained various physical and emotional injuries. Minor Plaintiffs were injured and/or present and located within the classrooms or nearby classrooms during the Incident.

2. M.I.C. (DOB 11/04/2010), Minor Plaintiff, was 11 years old when the Incident occurred. M.I.C. currently resides with her parents, Miguel Cerrillo and Abigale Veloz.

3. A.J.M. (DOB 08/24/2012), Minor Plaintiff, was 9 years old when the Incident occurred. A.J.M. currently resides with his parents, Jose Martinez and Kassandra Chavez.

4. Suit was filed against various defendants, including Defendant Motorola Solutions, Inc., on May 24, 2024. Since the filing of such lawsuit, the Plaintiffs and Defendant Motorola Solutions, Inc. ("Motorola") have reached a settlement agreement and intend to file a Motion to Approve Settlement Involving Minor Children and enter into a final settlement and release agreement.

5. The prospective settlement agreement, subject to this Court's approval, is for settlement proceeds and other consideration for the benefit of the Minor Plaintiffs and no other named party herein. There are no other family members or persons having claims arising out of this Incident which the Court would have to apportion or otherwise take into account in determining the adequacy of the proposed settlement on behalf of the Minor Plaintiffs.

6. Based on the following arguments and authorities, the Minor Plaintiffs and Defendant Motorola now ask this Court to appoint attorney Laura Tamez as guardian ad litem for the Minor Plaintiffs regarding this proposed settlement agreement between Plaintiffs and Defendant Motorola.

## II.
## ARGUMENTS AND AUTHORITIES

7. A court has the authority to appoint a guardian ad litem to safeguard the interests of minors and other incapacitated persons. *See* Fed. R. Civ. P. 17(c)(2); *Gaddis v.*

*United States*, 381 F.3d 444, 454 (5th Cir. 2004). "The need to protect the minor's or incompetent person's rights and interests in federal court proceedings is extremely vital; this is why it is within the district court's discretion to determine the minor's need for guardian ad litem representation, and who may best fill that need." *Gaddis*, 381 F.3d at 454 (internal quotation marks omitted).

8. In this case, a guardian ad litem is needed because of the settlement's monetary amount and other considerations for the benefit of the Minor Plaintiffs. The Minor Plaintiffs and Defendant Motorola jointly request that the Court appoint a guardian ad litem for the purpose of reviewing the proposed settlement and advising the Court whether the proposed settlement's terms are fair, reasonable, and in the Minor Plaintiffs' best interests. The Minor Plaintiffs and Defendant Motorola also jointly request that Laura Tamez be appointed as guardian ad litem. Ms. Tamez has served as guardian ad litem for the same minors in a previous settlement involving the same set of facts. As such, the Minor Plaintiffs and Defendant Motorola believe it would be in the Minor Plaintiffs' best interests to have the same person serve as guardian ad litem in this case. Therefore, the Minor Plaintiffs and Defendant Motorola file this Agreed Motion to Appoint a Guardian Ad Litem, and request that the Court appoint Laura Tamez as Guardian Ad Litem in this case.

**CONCLUSION AND PRAYER**

WHEREFORE, PREMISES CONSIDERED, the Minor Plaintiffs and Defendant Motorola Solutions, Inc. pray that the Court appoint Laura Tamez as guardian ad litem for the Minor Plaintiffs and order that a reasonable fee be paid to Ms. Tamez for her role as guardian ad litem. The Minor Plaintiffs and Defendant Motorola Solutions, Inc. pray

for such other and further relief, at law or in equity, to which they may show themselves to be justly entitled.

Respectfully submitted,

GUERRA LLP
875 East Ashby Place, Suite 1200
San Antonio, Texas 78212
Tel: (210) 447-0500
Fax: (210) 447-0501

By: */s/ Erin J. Rogiers*
FRANCISCO GUERRA IV.
TX State Bar No. 00796684
fguerra@guerrallp.com
ERIN J. ROGIERS
TX State Bar No. 24083597
erogiers@guerrallp.com
BAILEY E. RADER
TX State Bar No. 24119113
brader@guerrallp.com

And

KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Avenue, Suite 501
Bridgeport, Connecticut 06604
Tel: (203) 336-4421
Fax: (203) 368-3244

By: */s/ Joshua D. Koskoff*
JOSHUA D. KOSKOFF
CT State Bar No. 410518
jkoskoff@koskoff.com
ALINOR C. STERLING
CT State Bar No. 411754
asterling@koskoff.com
COLIN S. ANTAYA
CT State Bar No. 440953

cantaya@koskoff.com
KATHERINE MESNER-HAGE
CT State Bar No. 436299
kmesnerhage@koskoff.com

**ATTORNEYS FOR PLAINTIFFS**

And

JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Tel: (214) 220-3939
Fax: (214) 969-5100

By: *<u>/s/ Peter D. Laun</u>*

PETER D. LAUN
TX State Bar No. 24108952
pdlaun@jonesday.com
JOSEPH C. VAN ASTEN
TX State Bar No. 24075598
jcvanasten@jonesday.com
TATUM LOWE KOWALSKI
TX State Bar No. 24131471
tkowalski@jonesday.com

**ATTORNEYS FOR DEFENDANT MOTOROLA SOLUTIONS, INC.**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to the counsel of record, as set forth below, in compliance with the Texas Rules of Civil Procedure on the 30th day of October 2026.

***VIA E-SERVICE*:**

Christopher L. Lindsey
OFFICE OF THE TEXAS ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711
***Attorneys for Defendants Juan Maldonado, Crimson Elizondo, Richard Bogdanski, Luke Williams, Christopher Kindell, Joel Betancourt, Victor Escalon, Randy Garcia, Robert Smith, Jerry Simpson, And Noe Fernandez***

David E. Chamberlain
Rudy K. Metayer
CHAMBERLAIN MCHANEY, PLLC
1020 NE Loop 410, Ste. 450
San Antonio, Texas 78209
***Attorneys for Defendant Uvalde C.I.S.D.***

Thomas P. Brandt
Christopher Brandt
THOMPSON COE
700 N. Pearl Street, 25th Floor
Dallas, Texas, 75201-2832
***Attorneys for Defendant Pedro "Pete" Arredondo***

James E. Byrom
Stephanie A. Hamm
Alexa T. Gould
THOMPSON & HORTON, LLP
Phoenix Tower, Suite 2000
3200 Southwest Freeway

Houston, Texas 77027
***Attorneys for Defendants Adrian Gonzalez and Jesus "JJ" Saurez***

*/s/ Erin J. Rogiers*
Erin J. Rogiers

*/s/ Peter D. Laun*
Peter D. Laun