**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION**

**JAVIER CAZARES, Individually as Wrongful Death Beneficiary of J.J.C.,** ***deceased minor*****; SANTA GLORIA CAZARES, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.J.C.,** ***deceased minor*****; KIMBERLY GARCIA, Individually as Wrongful Death Beneficiary of A.J.G,** ***deceased minor*****; RACHEL GARZA, Esq., as Representative of the Estate of A.J.G.,** ***deceased minor*****; MIGUEL CERRILLO, Individually and as Next Friend of M.I.C,** ***minor*****; ABIGALE VELOZ, Individually and as Next Friend of M.I.C.,** ***minor*****; ANA RODRIGUEZ, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.Y.R.,** ***deceased minor*****; JERRY MATA, Individually as Wrongful Death Beneficiary of T.M.M.,** ***deceased minor*****; VERONICA MATA, Individually as Wrongful Death Beneficiary and as Representative of the Estate of T.M.M.,** ***deceased minor*****; JESSIE RODRIGUEZ, Individually as Wrongful Death Beneficiary of A.G.R.,** ***deceased minor*****; DEANNA GORNTO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of M.G.M.** ***deceased minor*****; MARIA MAGDALENE GARCIA, Individually as Wrongful Death Beneficiary and as Representative**

Case No. 2:24-cv-00045

**of the Estate of N.A.B.,** ***deceased minor*****; JUAN JULIAN BRAVO, Individually as Wrongful Death Beneficiary of N.A.B.,** ***deceased minor*****; VERONICA LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.N.S.,** ***deceased minor*****; JACOB SILGUERO, Individually as Wrongful Death Beneficiary of J.N.S.,** ***deceased minor*****; APRIL ELROD, Individually as Wrongful Death Beneficiary of and as Representative of the Estate of M.L.E.,** ***deceased minor*****; KIMBERLY RUBIO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of A.A.R.,** ***deceased minor*****; FELIX RUBIO, Individually as Wrongful Death Beneficiary of A.A.R.,** ***deceased minor*****; JOSE LUEVANOS, Individually as Wrongful Death Beneficiary and as Representative of the Estate of J.C.L.,** ***deceased minor*****; CHRISTINA LUEVANOS, Individually as Wrongful Death Beneficiary of J.C.L.,** ***deceased minor*****; JENNIFER LUGO, Individually as Wrongful Death Beneficiary and as Representative of the Estate of E.A.G.,** ***deceased minor*****; STEVEN GARCIA, Individually as Wrongful Death Beneficiary of E.A.G.,** ***deceased minor*****; ALYSSA RODRIGUEZ, Individually as Wrongful Death Beneficiary for J.M.F.,** ***deceased minor*****; EVADULIA ORTA,**

**Individually as Wrongful Death Beneficiary and as Representative of the Estate of R.F.T.,** ***deceased minor;*** **MANDY MARIE RENFRO, Individually as Wrongful Death Beneficiary of U.S.G.,** ***deceased minor;*** **DAVID BALMER, Esq., as Representative of the Estate of U.S.G.,** ***deceased minor*****; ELI TORRES, Individually as Wrongful Death Beneficiary of E.T.,** ***deceased minor;*** **JOSE MARTINEZ, Individually and as Next Friend of A.J.M.,** ***minor*****; KASSANDRA CHAVEZ, Individually and as Next Friend of A.J.M.,** ***minor*****; VINCENT SALAZAR, III, Individually as Wrongful Death Beneficiary and as Representative of the Estate of L.M.S.,** ***deceased minor;*** **MELINDA ALEJANDRO, Individually as Wrongful Death Beneficiary of L.M.S.,** ***deceased minor,***

*Plaintiffs*

**v.**

**JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; CHRISTOPHER KINDELL, an individual; JOEL BETANCOURT, an individual; VICTOR ESCALON, an individual; TEXAS DEPARTMENT OF PUBLIC SAFETY DOES 1 through 84;**

**MANDY GUTIERREZ, an individual; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; JESUS "JJ" SUAREZ, an individual; SCHNEIDER ELECTRIC USA, INC.; and MOTOROLA SOLUTIONS, INC.,**

*Defendants*

**ORDER ON AGREED MOTION FOR APPOINTMENT OF A GUARDIAN AD LITEM**

On this ____ day of ________________, 2026, this Court heard the **AGREED MOTION FOR APPOINTMENT OF A GUARDIAN AD LITEM**. Having considered said motion, the response, all pleadings on file, and the arguments of counsel, the Court hereby finds that the Motion should be GRANTED, as follows:

1. Laura Tamez shall be appointed to serve as guardian ad litem for Minor Plaintiffs M.I.C. and A.J.M.

IT IS SO ORDERED.

SIGNED AND ENTERED on this ____ day of ______________________, 2026.

______________________________________

THE HON. JUDGE OF SAID COURT