**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION**

| | |
|---|---|
| JAVIER CAZARES, et al.,<br>*Plaintiffs*,<br>v.<br>JUAN MALDONADO, et al.,<br>*Defendants*. | Case No. 2:24-CV-00045-AM |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' motion for entry of a Rule 54(b) partial final judgment as to the claims against (1) Defendants Juan Maldonado, Crimson Elizondo, Richard Bogdanski, Luke Williams, Christopher Kindell, Joel Betancourt, Victor Escalon, Randy Garcia, Robert Smith, Jerry Simpson, Noe Fernandez, Pedro Arredondo, Adrian Gonzales, and TXDPS Does 1 through 80 (together, the "Law Enforcement Defendants"); and (2) Defendants Uvalde Consolidated Independent School District and, in their official capacities, Arredondo and Jesus Suarez (together, the "Municipal Defendants"). (ECF No. 85). Because this Court determines that there is no just reason to delay, that motion is **GRANTED**.

Federal Rule of Civil Procedure 54(b) permits this Court to "direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay." This Court can certify a partial final judgment under Rule 54(b) if it determines (1) that it is dealing with a "final judgment," and (2) that no just reason for delay exists. *Curtiss-Wright Corp. v. Gen. Elec. Co.*, 446 U.S. 1, 7–8 (1980).

Both requirements are met. Here, there is a final judgment as to the Law Enforcement and Municipal Defendants. On September 29, 2026, this Court granted the Law Enforcement and

Municipal Defendants' motions to dismiss, which dismissed with prejudice all of the claims against them, with one exception. (ECF No. 82). That was the 42 U.S.C. § 1983 claims of the Parent Plaintiffs (other than Plaintiff Miguel Cerrillo) against the Law Enforcement Defendants, which this Court dismissed without prejudice for lack of standing, and as to which Plaintiffs do not seek leave to amend. Accordingly, nothing remains to be decided as to the Law Enforcement and Municipal Defendants.

On consideration of the equities and the interests of judicial administration, this Court concludes that no just reason for delay exists. First, the sole remaining claims are Plaintiffs' two product-liability claims against Motorola Solutions, Inc. ("Motorola"). Those claims do not implicate the same legal issues as Plaintiffs' claims against the Law Enforcement and Municipal Defendants, and thus the reviewing court would not be called upon to decide the same issues twice. Second, Plaintiffs are in the process of settling their claims with Motorola, which minimizes the risk of piecemeal appeals. Third, the Law Enforcement Defendants and the Municipal Defendants have not stated any opposition to the relief requested in the motion.

For the foregoing reasons, it is hereby **ORDERED** that:

(1) Plaintiffs' motion for partial final judgment under Fed. R. Civ. P. 54(b) as to all claims against the Law Enforcement and Municipal Defendants [ECF No. 85] is **GRANTED**.

SIGNED and ENTERED on this ___ day of November 2026.

ALIA MOSES
Chief United States District Judge