**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION**

| | |
|---|---|
| JAVIER CAZARES, et al.,<br>*Plaintiffs*,<br>v.<br>JUAN MALDONADO, et al.,<br>*Defendants*. | Case No. 2:24-CV-00045-AM |

# [PROPOSED] JUDGMENT

For the reasons stated in an Order filed today, partial final judgment under Fed. R. Civ. P. 54(b) is entered on Plaintiffs' claims against (1) Defendants Juan Maldonado, Crimson Elizondo, Richard Bogdanski, Luke Williams, Christopher Kindell, Joel Betancourt, Victor Escalon, Randy Garcia, Robert Smith, Jerry Simpson, Noe Fernandez, Pedro Arredondo, Adrian Gonzales, and TXDPS Does 1 through 80 (together, the "Law Enforcement Defendants"); and (2) Defendants Uvalde Consolidated Independent School District and, in their official capacities, Arredondo and Jesus Suarez (together, the "Municipal Defendants"), all of which have been dismissed with prejudice.

Pursuant to Fed. R. Civ. P. 54(b), the Court expressly determines that there is no just reason for delay and directs the Clerk of Court to enter this as an appealable final judgment.

SIGNED and ENTERED on this ___ day of November 2026.

______________________________
ALIA MOSES
Chief United States District Judge