**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| JAVIER CAZARES, ET AL., | § | |
| Plaintiffs, | § | |
| v. | § | No. 2:24-cv-00045-AM |
| JUAN MALDONADO, an individual; et al., | § | |
| Defendants. | § | |

## MOTION TO WITHDRAW AS COUNSEL

Jonathan Khouzam, counsel for Defendant Motorola Solutions, Inc. ("Motorola") files this Motion to Withdraw as Counsel pursuant to Western District of Texas Rule AT-3, and states in support as follows:

1. There is good cause for this motion to withdraw, as Jonathan Khouzam will be leaving the law firm Jones Day effective December 31, 2026.

2. Peter Laun, also of Jones Day, will continue as lead counsel for Motorola in this matter. Joseph Van Asten and Tatum Lowe Kowalski will also continue to represent Motorola in this matter. Peter Laun's contact information is as follows:

PETER LAUN
pdlaun@jonesday.com
Texas Bar No. 24108952
JONES DAY
2727 N. Harwood St
Dallas, TX 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

3. The withdrawal is not sought for the purposes of delay.

For these reasons, Jonathan Khouzam respectfully requests that the Court enter an Order allowing him to withdraw from the above-styled cause.

Dated: November 13, 2026

JONES DAY

Respectfully submitted,

*/s/ Jonathan M. Khouzam*

Jonathan M. Khouzam
Texas State Bar No. 24149129
JONES DAY
2727 North Harwood Street
Dallas, TX 75201.1515
Telephone: +1.214.969.4844
Facsimile: +1.214.969.5100
jkhouzam@jonesday.com

ATTORNEY FOR DEFENDANT
MOTOROLA SOLUTIONS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026, I caused the foregoing to be electronically filed with the Clerk of Court for the U.S. District Court, Western District of Texas, by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Jonathan M. Khouzam*
Jonathan M. Khouzam