**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| JAVIER CAZARES, ET AL., | § | |
| Plaintiffs, | § | |
| v. | § | No. 2:24-cv-00045-AM |
| JUAN MALDONADO, an individual; et al., | § | |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

On this date, the Court considered the Unopposed Motion to Withdraw as Counsel filed by Jonathan Khouzam. The Motion is **GRANTED**. Jonathan Khouzam is permitted to withdraw as counsel for Defendant Motorola Solutions, Inc.

SIGNED November _____, 2026.

______________________________
THE HONORABLE ALIA MOSES